**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LoneStar Fiberglass Components of Texas, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  Lonestar Fiberglass Pools** **FDBA  Wicked Pool Guys** **FDBA  Lonestar Pools of TX** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1823589** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7570 N IH35** **New Braunfels, TX 78130** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Comal** County | **Location of principal assets, if different from principal place of business** **7150 N IH35 New Braunfels, TX 78130** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **https://lonestarfiberglasspools.com/**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **LoneStar Fiberglass Components of Texas, LLC**　　　　Case number (*if known*) _____
　　　　Name

**7.　Describe debtor's business**　　A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___3399___

**8.　Under which chapter of the Bankruptcy Code is the debtor filing?**　　*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.　Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

**10.　Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list　　Debtor　**CDO Lonestar Investments, LLC**　　Relationship　**Affiliate**

Debtor  **LoneStar Fiberglass Components of Texas, LLC**
Name

| District | **Texas Western Bankruptcy Court** | When | 4/18/24 | Case number, if known | **24-bk-50672** |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12 / 19 / 2024___
MM / DD / YYYY

**X** /s/ Chris Owens
Signature of authorized representative of debtor

**Chris Owens**
Printed name

Title  **Managing Member**

**18. Signature of attorney**

**X** /s/ Morris Eugene 'Trey' White III
Signature of attorney for debtor

Date  12 / 19 / 2024
MM / DD / YYYY

**Morris Eugene 'Trey' White III**
Printed name

**Villa & White LLP**
Firm name

**100 NE Interstate 410 Loop #615**
**San Antonio, TX 78216**
Number, Street, City, State & ZIP Code

Contact phone  210 225-4500        Email address  treywhite@villawhite.com

**24003162 TX**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **LoneStar Fiberglass Components of Texas, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**December 19, 2024**__        X **/s/ Chris Owens**
                                                Signature of individual signing on behalf of debtor

                                                **Chris Owens**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: |
| --- |
| Debtor name **LoneStar Fiberglass Components of Texas, LLC** |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barclays Bank Attn: Litigation & Recovery PO Box 8833 Wilmington, DE 19899-8833** | | **Credit card balance** | | | | **$74,025.10** |
| **City Electric Supply PO Box 131811 Dallas,, TX 75313** | | **M&E Supplier. Judgment entered in Case No.: 1225574** | | | | **$73,260.35** |
| **Comal County Tax Office 205 North Seguin Ave New Braunfels, TX 78130** | | **Property sales tax** | | | | **$73,400.55** |
| **Comal County Tax Office PO Box 659480 San Antonio,, TX 78265-9480** | | **Property Taxes** | | | | **$75,082.74** |
| **Comal County Tax Office 205 North Seguin Ave New Braunfels, TX 78130** | | **Sales Tax for pre-merged entities: LSFC, LSP, and WPG. Partially disputed as to 2 years.** | **Disputed** | | | **$142,363.34** |
| **CoTechno Group 1942 IH35 South, Unit 107 San Marcos,, TX 78666** | | **Fiberglass and material supplier** | | | | **$120,252.60** |
| **David and Sharon Moreau 2251 Granada Hills New Braunfels,, TX 78132** | | **Plaintiffs in Comal County in Case No.: C2024-1894C.** | **Contingent Unliquidated Disputed** | | | **$250,000.00** |

Debtor  **LoneStar Fiberglass Components of Texas, LLC**          Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Essential Funding 4750 E Moody Blvd, Ste 226 Bunnell, FL 32110 | | MCA Loan. | Disputed | | | $95,500.00 |
| Florida Water Products Inc dba Texas Pool Supply 5069 Savarese Circle Tampa, FL 33634 | | Comal County Cause No.: C2023-2368A (petition filed). | Disputed | | | $63,680.20 |
| Heimer FP Ltd. & Hollmig FP Ltd. Attn: CEO, President, Officer 130 S. Seguin Ave Ste 100 New Braunfels, TX 78130 | | Unpaid rent (landlord and lessor of 7150 IH 35 N New Braunfels, TX 78130) | | | | $69,025.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | IRS did not apply taxes paid by Debtor's payroll company to the Debtor. | Disputed | | | $61,000.00 |
| Jeff Moore 2206 Pinecrest Ct. Fullerton, CA 92831 | | Personal Loan | | | | $60,000.00 |
| Kapitus LLC 120 West 45th Street 4th Flr New York, NY 10036 | | MCA Loan. Complaint filed in Virginia. UCC1 asserts an inteterest in all collateral. Second position but is effectively unsecured. | Disputed | | | $204,530.00 |
| Libertas Funding, LLC Attn: CEO, President, Officer 411 W. Putnam Ave Ste 220 Greenwich, CT 06830 | | MCA Loan. Judgment entered in Case No.: 240902497. Third position. Effectively unsecured. | Disputed | | | $585,698.47 |
| Martinez Construction 2135 Black Gap Dr San Antonio,, TX 78245 | | Concrete Subcontractor | | | | $48,649.86 |

Debtor   **LoneStar Fiberglass Components of Texas, LLC**                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Nickel Rock, LLC PO Box 2239 San Marcos, TX 78666** | | **Stone Hauler** | | | | **$71,977.86** |
| **ResTex Composites Ltd 6050 Tri County Parkway Schertz,, TX 78154** | | **Gel Coat and Acetone Supplier. Judgment entered in Comal County in Case No.: C2024-1620E.** | | | | **$79,735.30** |
| **Terra Firma 901 Main Street Dallas,, TX 75202-3707** | | **Gel Coat and Resin supplier** | | | | **$95,055.42** |
| **Texas Pool Supply PO Box 841382 Dallas,, TX 75284-1382** | | **M&E Supplier** | | | | **$57,552.16** |
| **Wells Fargo Bank, NA Wells Fargo Card Services PO Box 10438 MAC F8235-02F Des Moines, IA 50306-0438** | | **Credit card balance** | | | | **$52,286.85** |

| Fill in this information to identify the case: |
| --- |

Debtor name  **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................  $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................  $ _____ **1,411,586.94**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................  $ _____ **1,411,586.94**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $ _____ **230,855.69**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $ _____ **278,388.89**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$ _____ **2,922,639.55**

4.  **Total liabilities** .........................................................................................
   Lines 2 + 3a + 3b

   $ _____ **3,431,884.13**

**Fill in this information to identify the case:**

Debtor name     **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Simmons Bank (LSFC Account). Value as of December 18, 2024** | Checking | 9242 | $5,000.00 |
| 3.2. | **Simmons Bank (WPG Account). Value as of December 18, 2024** | Checking | 8484 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $5,000.00

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 11a. 90 days old or less: | **115,723.48** | - | **0.00** | = .... | **$115,723.48** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **60,478.46** | - | **0.00** | =.... | **$60,478.46** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$176,201.94** |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

## Part 4:  Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** **Paint brushes, cups, and other miscellaneous items** | | **$0.00** | **Mgmt Opinion** | **$500.00** |
| 20. | **Work in progress** **Various pools and pool-models in construction.** | | **$0.00** | **Mgmt Opinion** | **$0.00** |
| 21. | **Finished goods, including goods held for resale** **Blemished pool models.** **4 items valued at $1,500 each.** | **12/02/2024** | **$6,000.00** | **Mgmt Opinion** | **$6,000.00** |
| 22. | **Other inventory or supplies** **Pool Model Molds. See Schedule A/B Attachment "1"** | **12/02/2024** | **$390,000.00** | **Mgmt Opinion** | **$390,000.00** |
| | **Spa Model Molds. See Schedule A/B Attachment "2"** | **12/02/2024** | **$45,000.00** | **Mgmt Opinion** | **$45,000.00** |

Debtor  **LoneStar Fiberglass Components of Texas, LLC**
Name

Case number *(If known)* _____

| | | | | |
|---|---|---|---|---|
| **5x Model Pools, each valued at $10,000. They are located at the Debtor's business and are only for show. Cost to extricate, move, and reinstall is higher than their sale price.** | | $0.00 | Mgmt Opinion | $0.00 |

---

23. **Total of Part 5.**
    Add lines 19 through 22.  Copy the total to line 84.

    $441,500.00

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**See Schedule A/B Attachment "3"** | $9,745.00 | Mgmt Opinion | $9,745.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Schedule A/B Attachment "3" (value included in Sch. A/B - 39)** | $0.00 | Mgmt Opinion | $0.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    $9,745.00

Debtor  **LoneStar Fiberglass Components of Texas, LLC**
<br>Name

Case number *(If known)* _____

---

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
  - ■ No
  - ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  - ■ No
  - ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  - ☐ No.  Go to Part 9.
  - ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **See Schedule A/B Attachment "4"** | $302,540.00 | Mgmt Opinion | $302,540.00 |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.   **See Schedule A/B Attachment "5"** | $37,300.00 | Mgmt Opinion | $37,300.00 |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**See Schedule A/B Attachment "6" (this value includes the value of assets repossessed by Cat Financial on 10/15/2024)** | $279,800.00 | Mgmt Opinion | $439,300.00 |

51.  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | $779,140.00 |
|---|---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
  - ■ No
  - ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  - ■ No
  - ☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

  - ☐ No.  Go to Part 10.
  - ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **7150 N IH35 New Braunfels, TX 78130. Factory (industrial manufacturing).** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.lonestarfiberglasspools.com**<br>**www.lonestarcomponents.com**<br>**www.wickedpoolguys.com** | **$0.00** | **Mgmt Opinion** | **$0.00** |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☐ No
   ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Debtor    **LoneStar Fiberglass Components of Texas, LLC**        Case number *(If known)* _____
<br>Name

    ■ No
<br>    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
<br>    ■ No
<br>    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
<br>    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
<br>    ☐ Yes Fill in the information below.

Debtor   **LoneStar Fiberglass Components of Texas, LLC**
         Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$176,201.94** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$441,500.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$9,745.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$779,140.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,411,586.94** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,411,586.94** |

**Lonestar Pools of TX LLC**
**Schedule A/B**

**Attachments "1-6"**
**Summary**

Schedule A/B Attachment 1-6: Asset List as of 11/20/2024

| | |
|---|---|
| Pool Model Molds | Total Value: $390000 |
| Spa/Tanning Model Molds | Total Value: $45000 |
| Office Equipment | Total Value: $9745 |
| Vehicles | Total Value: $302540 |
| Trailers | Total Value: $37300 |
| Machinery & Equipment | Total Value: $279800 |

Attachment 1-6 Total Value: $1,223,885.00

Lonestar Pools of TX LLC

Schedule A/B

| Asset - Molds | Book Value |
|---|---|
| Aruba Model | $15,000.00 |
| Tahiti Model | $15,000.00 |
| Denver Model | $15,000.00 |
| Cheyenne Model | $15,000.00 |
| Miami Model | $15,000.00 |
| Lincoln Model | $15,000.00 |
| Kingsbury Model | $15,000.00 |
| Atlantis Model | $15,000.00 |
| Malibu Model | $15,000.00 |
| New Orleans Model | $15,000.00 |
| Topeka Model | $15,000.00 |
| 13' X 29' Model | $15,000.00 |
| 13' X 30' Model | $15,000.00 |
| Phoenix Model | $15,000.00 |
| Vegas Model | $15,000.00 |
| El Dorado Model | $15,000.00 |
| Sante Fe Model | $15,000.00 |
| 16 X 43 X 6 Model | $15,000.00 |
| 16 X 43 X 8 Model | $15,000.00 |
| Savannah Model | $15,000.00 |
| Cabo Model | $15,000.00 |
| Charleston Model | $15,000.00 |
| Tulsa Model | $15,000.00 |
| Laguna Model | $15,000.00 |
| Independence Model | $15,000.00 |
| 18 X 44 X 6 Model | $15,000.00 |
| Total: | $390,000.00 |

**Footnote:**

These assets are molds, not pools. They cannot be sold to homeowners. Molds are used in the fiberglass pool construction process. New molds cost ~$200k to make. The listed molds are in good condition. Their continued expected lifespan with proper care are 20 more years. Value based on Comerica 2023 appraisal. Molds do not have an independent economic or sale value.

Lonestar Pools of TX LLC
Schedule A/B

Attachment "2"
Spa and Tanning
Mold Models

| Asset - Molds | Book Value |
|---|---|
| Dallas Model | $5,000.00 |
| Aspen Model | $5,000.00 |
| Octagon Spillover Spa Model | $5,000.00 |
| Octagon Standalone Spa Model | $5,000.00 |
| Round Spillover Spa Model | $5,000.00 |
| Tahoe Model | $5,000.00 |
| Serenity Model | $5,000.00 |
| Arlington Model | $5,000.00 |
| Memphis Model | $5,000.00 |
| Total: | $45,000.00 |

**Footnote:**
These assets are molds, not spas/tanning ledges. They cannot be sold to homeowners. Molds are used in the fiberglass spa/tanning ledge construction process. These molds are in good condition; they are smaller and used less than pool model molds; and they have a similar expected lifespan. Value based on Comerica 2023 appraisal. Molds do not have an independent economic or sale value.

Lonestar Pools of TX LLC
Schedule A/B

Attachment "3"
Office Inventory

| Asset | Quantity | Value (Individual) | Value (Total) |
|---|---|---|---|
| Desks | 15 | $150.00 | $2,250.00 |
| Hutch (Drawers) | 5 | $50.00 | $250.00 |
| Office Chairs | 53 | $20.00 | $1,060.00 |
| Conference Table | 3 | $100.00 | $300.00 |
| Conference Room Chairs | 16 | $20.00 | $320.00 |
| Storage Cabinet | 2 | $75.00 | $150.00 |
| Book Shelf | 3 | $25.00 | $75.00 |
| File Cabinets | 14 | $20.00 | $280.00 |
| Television | 3 | $100.00 | $300.00 |
| Refrigerator | 3 | $100.00 | $300.00 |
| Computers | 10 | $400.00 | $4,000.00 |
| Outdoor Chairs | 6 | $30.00 | $180.00 |
| Outdoor Couch | 2 | $40.00 | $80.00 |
| Office Supplies (Misc) | N/A | $200.00 | $200.00 |
| Printers (Leased) | 3 | N/A | N/A |
| Phones (Leased) | 16 | N/A | N/A |
| | | Total: | $9,745.00 |

**Footnote:**

These assets are located at the Debtor's office space. The value is estimated as of 11/20/2024 and is the management's opinion.

Lonestar Pools of TX LLC

Schedule A/B

Attachment "4"

Vehicles

| Asset | VIN | Condition | Mileage | Value | Lienholder |
|---|---|---|---|---|---|
| 2016 Mack Gu713 Tri-axle Dump Truck | 1M2AX07C6GM027279 | | 267,142 | $125,000.00 | Citizens Bank |
| 2019 Jaguar (Co. Sales Rep Car) | SAJWA2G76K8W21951 | | 34,875 | $26,500.00 | Ally Financial |
| 2016 Dodge 1500 Service Truck | 3C6RR6KT2GG329495 | | 167,910 | $16,400.00 | |
| 2019 Ford F-750 Dump Truck | 1FDWF7DXXKDF12509 | | 116,009 | $56,625.00 | |
| 2017 Ford F-250 LS - Long Bed | 1FT7W2BT5HEC77564 | | 164,262 | $13,840.00 | |
| 2017 Ford F-250 WPG - Long Bed | 1FT7W2BT2HEF46913 | | 167,489 | $12,625.00 | |
| 2017 GMC 1500 - Pool Cleaning | 1GTN1LEC0HZ904705 | | 111,068 | $6,500.00 | |
| 2019 Dodge 3500 Flatbed | 3C63RRL8JG124240 | Damaged engine. Unusable. Held by auto repair shop and provided $8k estimate to fix. | | $7,000.00 | |
| 2022 Toyota Tacoma 4Door QC | 3TMAZ5CN0PM198665 | | 65,321 | $38,050.00 | Ally Financial |
| | | | Total: | $302,540.00 | |

**Footnote:**

The value is estimated as of 11/20/2024 and is the management's opinion based on online research, comparable sales, and personal knowledge. Before consolidation, these assets were owned by LoneStar Fiberglass Pools.

Lonestar Pools of TX LLC
Schedule A/B

| Asset | VIN | License | Condition | Mileage | Value |
|---|---|---|---|---|---|
| 2007 Gooseneck Stand Up Trailer 30' (1) | C1STANDUP30GOOSEN | 780461H | | | $1,800.00 |
| Bumper Pull Flat Bed Trailer 44' | C2TI44FOOTBUMPERT | 780460H | | | $3,800.00 |
| 2007 Bumper Pull Equipment Trailer 21' | C3T221FOOTBUMPERT | 241305K | | | $1,800.00 |
| 2002 Bumper Pull Stand Up Trailer 30' (2) | C3STANDUP30BUMPRT | 50711F | | | $2,100.00 |
| 2015 Bumper Pull Blue Sure Pull Excavator Trailer 32' | 1J9DG3227FJ143161 | 292389J | Damaged. Unusuable. | | $600.00 |
| 2005 Gooseneck Wood Deck Trailer 47' | T680246 | 780283H | | | $4,000.00 |
| 2009 Bobcat Trailer | 4P5P8182491133036 | 553243H | | | $8,000.00 |
| 2008 Bumper Pull Black Excavator Trailer | 16VVGX252782615911 | 02823P | | | $3,200.00 |
| 2009 Bumper Pull Suretrac | 5JW1U1612K2231594 | 259263K | | | $1,400.00 |
| 2019 Bumper Pull Black Betterbuilt Trailer 25-Ton | 4MNDP3024K1000237 | | | | $6,500.00 |
| 2014 Gooseneck Trailer Tandem Single Wheels 7-Ton | 1B9G2NGE6EB624640 | 834682J | | | $4,100.00 |
| | | | | Total: | $37,300.00 |

**Footnote:**
The value is estimated as of 11/20/2024 and is the management's opinion based on online research, comparable sales, and personal knowledge. Before consolidation, these assets were owned by LoneStar Fiberglass Pools.

Lonestar Pools of TX LLC
Schedule A/B

Attachment "6"
Machinery and Equipment

| Asset | VIN | Value | Lienholder | Repossessed (SFA 5) |
|-------|-----|-------|------------|---------------------|
| 2012 Cat Excavator 308E CR | GBJ00410 | $28,000.00 | | |
| 2017 Cat 315 Excavator 315 FL TC | 0TDY10035 | $118,000.00 | Cat Financial | 10/15/2024 |
| 2021 Cat 259 Skid Steer 259D3 | 0CW910025 | $41,500.00 | Cat Financial | 10/15/2024 |
| 2016 Cat 259 Skid Steer 259D | CFTL01903 | $23,500.00 | | |
| 2012 Cat Hydraulic Hammer | | $1,200.00 | | |
| 2017 Cat Hydraulic Hammer | | $2,500.00 | Cat Financial | |
| 2018 Baoli Forklift KBG-25 | B16010J00697 | $9,650.00 | De Lage Landen | |
| Unilift 6k Forklift MUG1F2A35LV | UG1F2-9L21576 | $11,200.00 | | |
| Nissan 80 Forklift BF03A35B | BF03-920953 | $6,950.00 | | |
| 2016 Skid Steer ASV RT50 | | $14,800.00 | Ascentium Financial | |
| 2016 Skid Steer ASV RT30 | | $12,500.00 | Ascentium Financial | |
| 1996 Grove Yard Crane RT-635C | 77121 | $45,000.00 | | |
| JCB Telehandler Sky Trac 514-56 (LoadAll) | JCB5CJXGA02405975 | $49,500.00 | | |
| EPA Ventilation System (Manufacturing) | | $75,000.00 | | |
| | | Total: $439,300.00 | | |

**Footnote:**
The value is estimated as of 11/20/2024 and is the management's opinion based on online research, comparable sales, and personal knowledge. Before consolidation, these assets were owned by LoneStar Fiberglass Pools except for the two Skid Steers, which were under LoneStar Pools of TX. M&E repossessed by CAT Financial values are included in the total value.

| Fill in this information to identify the case: |
|---|

Debtor name      **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

---

**2.1  Ally Financial**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**March, 2023**
Last 4 digits of account number
**1014**
Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

Describe debtor's property that is subject to a lien
**2022 Toyota Tacoma VIN 3TMAZ5CN0PM198665**

Describe the lien
**Title Holder**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$30,762.73** | **$38,050.00**

---

**2.2  Ally Financial**
Creditor's Name

**PO Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**2019 Jaguar VIN SAJWA2G76K8W21951**

Describe the lien
**Title Holder**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$19,000.00** | **$26,500.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Ascentium Capital** | Describe debtor's property that is subject to a lien | $28,946.07 | $27,300.00 |
|---|---|---|---|---|

Creditor's Name

**23970 US Highway 59N
Kingwood, TX 77339**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**October 26, 2021**

**Last 4 digits of account number**

**9052**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2016 Skid Steer ASV RT50 and
2016 Skid Steer ASV RT30
Claim Amount as of 11/6/2024**

**Describe the lien**

**UCC1**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $27,447.81 | $41,500.00 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Ave
PO Box 340001
Nashville, TN 37203-0001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**7495**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 Caterpillar 259D3 Compact Track Loader
SN CW910025**

**Describe the lien**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $45,478.27 | $120,500.00 |
|---|---|---|---|---|

---

Debtor **LoneStar Fiberglass Components of Texas, LLC**          Case number (if known) _____
　　　　Name

| Creditor's Name | 2021 Caterpillar 315FLCR Hydraulic Excavator SN TDY10035. 2018 Cat Hydraulic Hammer collateral is included in this loan. Caterpillar repossessed the Hydraulic Excavator and the 2021 Cat 259 Skid Steer 259D3 SN 0CW910025. |
|---|---|

**2120 West End Ave
PO Box 340001
Nashville, TN 37203-0001**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7495**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Comerica Bank** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Asserts an interest in all assets. Is secured to the schedule B assets, less the titled vhicles. Senior Lienholder. Proof of Claim filed in BK Case CDO Lonestar Investments, LLC 24-50672 Claim No #2-1 for 6,874,950.72**

**Attn: CEO, President, Officer
1717 Main St
Dallas, TX 75201**

Creditor's mailing address

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**September 5, 2019**

**Last 4 digits of account number**
**0169**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **DeLage Financial** | Describe debtor's property that is subject to a lien | $2,344.77 | $8,400.00 |
|---|---|---|---|---|

Creditor's Name

**2018 Baoli Forklift KBG-25 VIN B16010J00697**

**PO Box 825736
Philadelphia, PA
19182-5736**

Creditor's mailing address

**Describe the lien**
**Title Holder**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **The Citizens Bank** | Describe debtor's property that is subject to a lien | $76,876.04 | $125,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 MACK Dump Truck** | | |

**655 S St Louis St.**
**Batesville, AR 72501**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**July, 2024**

**Last 4 digits of account number**

**6298**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien

**Title Holder**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $230,855.69 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ally Bank**<br>**Attn: CEO, President, Officer**<br>**200 W. Civic Center Dr**<br>**Sandy, UT 84070** | Line  **2.1** | |
| **Ally Bank**<br>**Attn: CEO, President, Officer**<br>**200 W. Civic Center Dr**<br>**Sandy, UT 84070** | Line  **2.2** | |
| **Ally Financial**<br>**Attn: Legal, BK**<br>**200 Renaissance Center**<br>**Detroit, MI 48243** | Line  **2.1** | |

---

Debtor  **LoneStar Fiberglass Components of Texas, LLC**
_____  Case number (if known)  _____
Name

| | |
|---|---|
| **Ally Financial**<br>**Attn: Legal, BK**<br>**200 Renaissance Center**<br>**Detroit, MI 48243** | Line __2.2__ |
| **Comerica Bank**<br>**39200 Six Mile Road MC 7578**<br>**Livonia, MI 48152** | Line __2.6__ |
| **Corporation Service Company**<br>**c/o The Citizens Bank**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808** | Line __2.8__ |
| **De Lage Landen Financial**<br>**Attn: CEO, President, Officer**<br>**8001 Birchwood Ct PO Box 2000**<br>**Johnston, IA 50131** | Line __2.7__ |
| **De Lage Landen Financial**<br>**Attn: Litigation & Recovery Dept**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** | Line __2.7__ |
| **Iron Planet Auctioneers**<br>**Attn: CEO, President, Officer**<br>**5667 Bigraltar Dr Ste 200**<br>**Pleasanton, CA 94588-8528** | Line __2.4__ |
| **Iron Planet Auctioneers**<br>**Attn: CEO, President, Officer**<br>**5667 Bigraltar Dr Ste 200**<br>**Pleasanton, CA 94588-8528** | Line __2.5__ |
| **Prentice-Hall Corp System, Inc.**<br>**c/o DLL Financial Services, Inc.**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808** | Line __2.7__ |
| **Richard G Dafoe**<br>**1717 Main #2500**<br>**Dallas, TX 75205** | Line __2.6__ |
| **The Citizens Bank**<br>**Attn: CEO, President, Officer**<br>**One Citizens Plaza**<br>**Providence, RI 02903** | Line __2.8__ |
| **The Corporation Trust Company**<br>**c/o Ally Financial, Inc.**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __2.1__ |
| **The Corporation Trust Company**<br>**c/o Ally Financial, Inc.**<br>**1209 Orange St**<br>**Wilmington, DE 19801** | Line __2.2__ |

**Fill in this information to identify the case:**

Debtor name  **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Comal County Tax Office**<br>**205 North Seguin Ave**<br>**New Braunfels, TX 78130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $73,400.55 | $73,400.55 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property sales tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Comal County Tax Office**<br>**205 North Seguin Ave**<br>**New Braunfels, TX 78130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $142,363.34 | $142,363.34 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax for pre-merged entities: LSFC, LSP, and WPG. Partially disputed as to 2 years.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,000.00 | $61,000.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Q3-Q4 2023** | Basis for the claim:<br>**IRS did not apply taxes paid by Debtor's payroll company to the Debtor.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,625.00 | $1,625.00 |
|---|---|---|---|---|
| | **State Comptroller**<br>**PO Box 149359**<br>**Austin,, TX 78714** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (1) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,212.50 |
|---|---|---|---|
| | **1st Call Leasing Texas LLC**<br>**PO Box 1059**<br>**La Vernia, TX 78121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **M&E Transportation**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Abraham & Jacqueline Garcia**<br>**9311 Laural Grove**<br>**San Antonio, TX 78250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claimant**<br><br>Is the claim subject to offset?  ☐ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Adam & Megan Brodeur**<br>**2014 Kalli Jo Ln**<br>**New Braunfels, TX 78130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Potential warranty claimant**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advanced Design**
**PO Box 1343**
**Bentwood, TN 37027**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alane & Ed LeDoux**
**129 Trail Boss**
**Lavernia, TX 78121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alejandro Luna**
**1160 Limestone Way**
**New Braunfels, TX 78132**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,450.00 |
|---|---|---|---|

**Alfonso Rocha Trucking**
**3231 Owenwood Dr**
**San Antonio, TX 78264**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **M&E Transportation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfred Gonzales**
**208 Turkey Tree**
**Cibolo, TX 78108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alfred Guerra Jr.**
**9622 Wind Dancer**
**San Antonio, TX 78251**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amadeo & Elena Villanueva**
**827 Deep Cloud Drive**
**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda & James Aultman**
**3503 Tscheope Road**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amanda & Michael Tratnik**
**2625 Dove Crossing Drove**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ana Bueno**
**104 Mountain Springs**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Guevara**
**104 Abrego Mount**
**Floresville, TX 78144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew & Olivia Frumin**
**569 Damar Drive**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Calhoun**
**406 Forest Ridge Drive**
**Kerrville, TX 78028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Blatz**
**543 Enchanted Oak Drive**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Angela Jones - Julie Hoshizaki**
**376 CR 2740**
**Mico, TX 78056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna Panek**
**322 Toucan Dr**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Annette Gonzales**
**216 S. Calvin Barret**
**Blanco, TX 88606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Moore**
**305 Sigel Ave**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Neugebauer & Valerie Alonzo**
**202 Rilla Vista Dr.**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Antonia & Wesley Singleton**
**620 Stonewood Ln**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Antonio Mendez**
**7227 Lamb Road**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Apache Disposal Inc**
PO Box 470
Marion, TX 78124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Trash Service Provider

Last 4 digits of account number  **4766**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aqua Blue Builders**
6601 CR 7620
Lubbock, TX 79464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Aquaman Pools of Texas**
350 CR 473
Thrall, TX 76578

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Arianna & Donna Aloia**
315 Woodcock Lane
Canyon Lake, TX 78133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Armando Trevino**
2001 West French Place
San Antonio, TX 78201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$155.60**

**AT&T**
PO Box 105414
Atlanta,, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Phone Service

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Audrey Zuber**
104 Rhine Street
Boerne, TX 78006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,774.13**

**Automation Designs**
**PO Box 1641**
**San Marcos,, TX 78667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Security and fiber-wire installation work**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Avory & Lee Adams**
**237 Lange Ravine Road**
**Hunt, TX 78024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Baily Contracting LLC**
**4202 Secretariat**
**Snow Hill, MD 21863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Barbara Bustos**
**1178 Vista Bonita**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Barbara Mayhew**
**900 FM 32**
**Wimberly, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Barbra Foley**
**9411 Gold Hill Dr**
**San Antonio, TX 78245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74,025.10**

**Barclays Bank**
**Attn: Litigation & Recovery**
**PO Box 8833**
**Wilmington, DE 19899-8833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Bear Oil Company Inc**
**12015 North Loop Rd**
**San Antonio,, TX 78216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fuel provider. Case No.: 2024CV02475.**

Is the claim subject to offset? ■ No ☐ Yes

**$15,738.60**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Ben & Temi Adeeyinwo**
**8639 Hedford Flats**
**San Antonio, TX 78254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Benito & Velia San Roman**
**9110 Silver Vista**
**San Antonio, TX 78254**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Benny & Rebecca Sorola**
**4633 Flagstone Drive**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Bent Leaf Outdoor Design**
**2801 Bowie**
**Amarillo, TX 79109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Bernard & Tanya Kendall**
**344 Amaryllis**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Best Version Media**
**PO Box 735620**
**Dallas,, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising and Marketing**

Is the claim subject to offset? ■ No ☐ Yes

**$2,689.88**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Bethany Estrada**
**1001 MAgnolia St**
**Lockhart, TX 78644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47**

**Nonpriority creditor's name and mailing address**

**Bethany Raymer**
**212 North Cherry Street**
**Fredricksburg, TX 78625**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48**

**Nonpriority creditor's name and mailing address**

**Beverly Howton**
**232 Bluff Creek Dr.**
**Lavernia, TX 78121**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49**

**Nonpriority creditor's name and mailing address**

**Bill & Karyn Boyle**
**2502 Indian Ridge Drive**
**San Antonio, TX 78231**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50**

**Nonpriority creditor's name and mailing address**

**Bill & Kathleen Tate**
**127 Las Brisas**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51**

**Nonpriority creditor's name and mailing address**

**Bill Flores**
**538 Sea Headrig Drive**
**Cibolo, TX 78108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52**

**Nonpriority creditor's name and mailing address**

**Blake Bertling Equipment Rental**
**851 IH-10**
**Seguin,, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$9,757.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __M&E Rental__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blake Johnson**
**125 Rosinweed Dr.**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Bottom Pools**
**601 E. Whitestone BLVD**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Springs Pool & Construction LLC**
**1505 Central Expressway**
**Lampases, TX 76550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Blue Star Pools LLC**
**3520 Woodrow Road #98**
**Lubbock, TX 79423-4612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bo Winston**
**3633 Ranger Creek Rd**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bob & Monique Moore**
**5700 Sunshine Peak**
**San Antonio, TX 78244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Bob Carifee**
**835 Camelback Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brad Balthrop**
**108 N. Tranquility Dr**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brain Christensen**
**8532 Phoenix Ave.**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon & Laura Lamb**
**620 Haven Point**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brandon & Lisa Mund**
**64 Hunters Points**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brent & Stephanie Sheehan**
**101 Taylor Road**
**Adkins, TX 78101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian & Ann Kentta**
**3203 Harvest Crest**
**Marion, TX 78124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian & Jill Adams**
**154 Saldana Drive**
**Cedar Creek, TX 78612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Potential warranty claimant** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Brian Archibald**
**7439 Obbligato Lane**
**San Antonio, TX 78266**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Brian Kenefick**
**122 Arcadia Place**
**Cibolo, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Brian or Renee Stigall**
**300 Hueco Ridge**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Brian Thornburg**
**429 Paradise Hills**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.71**

**Nonpriority creditor's name and mailing address**
**Brody Kirby**
**2802 County Road 414**
**Spicewood, TX 78669**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.72**

**Nonpriority creditor's name and mailing address**
**Bryan Dudman**
**5974 County Rd 444**
**Waelder, TX 78959**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.73**

**Nonpriority creditor's name and mailing address**
**C.H. Van Gundy Heavy Haul LLC**
**7817 E IH 10**
**Seguin,, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  M&E Transportation

Is the claim subject to offset? ■ No ☐ Yes

$3,220.00

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Calvert Wallace**
**106 Chaparral Creek Dr**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camille Tyler**
**1780 Quail Hill Drive**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Candice Graham**
**520 Chock**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carl & Mary Pressler**
**1547 Pressler Road**
**Fredricksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos & Brenda Olvera**
**11502 Sweet Destiny**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carlos & Nelson Rodriguez-Vega**
**20431 Lorena Crossing**
**San Antonio, TX 78264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cary & Alta Nunnelly**
**202 Brian Dr**
**Pleasanton, TX 78064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$31.58**

**Central TX Regional Mobility Authority**
**PO Box 734182**
**Dallas,, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Toll Tag__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Cesar & Mirelia Arguelles**
**1622 Copperfield**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Cesar Garcia.**
**2305 E. FM 1518 N**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Chad & Melanie Salas**
**1320 Bordeaux lane**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Charles & Floria Roberts**
**7622 Dyewood**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Charles & Rhonda West**
**1504 Hurst Creek Rd.**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**Chris & Jessica Smart**
**150 Wilhem Way**
**Upland, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address
**Chris & Stacie Borrero**
**132 Silverado**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.89** | Nonpriority creditor's name and mailing address
**Chris Gomez**
**319 Michelson Lane**
**New Braunfels, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.90** | Nonpriority creditor's name and mailing address
**Chris Klepinger**
**1561 Cattail**
**Canyon Lake, TX 78133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91** | Nonpriority creditor's name and mailing address
**Chris Wardlaw**
**650 Rocky Creek Rd.**
**Dripping Springs, TX 78320**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.92** | Nonpriority creditor's name and mailing address
**Christone & Ramon De La Cruz**
**240 Parkrose Drive**
**Buda, TX 78610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.93** | Nonpriority creditor's name and mailing address
**CHRISTOPHER & TRACY MEEK**
**2416 WOODBRIDGE WAY**
**Schertz, TX 78154**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.94** | Nonpriority creditor's name and mailing address
**Christopher Kurtz**
**108 Willow View**
**Cibolo, TX 78108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Christopher Walston**
**108 Ranchers Way**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Cindy Summerfield**
**2468 Dove Crossing Dr.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Cindy Vidrine**
**117 Ranger Point**
**Adkins, TX 78101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,900.72
**Cintas Corporation**
**PO Box 88005**
**Chicago,, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Janitor & Uniform supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,260.35
**City Electric Supply**
**PO Box 131811**
**Dallas,, TX 75313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 24, 2024**

Basis for the claim:  **M&E Supplier. Judgment entered in Case No.: 1225574**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Clarence & Julie Smith**
**1320 Trail Bluff**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Clarke Guy**
**513 Turnberry Way**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clay & Rebecca Hohertz**
**2420 Jolley Rd - County Rd 230**
**Maxwell, TX 78656**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CLC Contractors**
**1270 Lincoln hwy**
**Bristoal, PA 19007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Clifford Reams**
**901 Hidden Cove**
**Converse, TX 78109**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,375.00**

**Clutch Marketing**
**9601 Ian Dr**
**Amarillo,, TX 79101**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advertising and Marketing**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$426.44**

**CMI**
**6704 Guada Coma**
**Schertz,, TX 78154**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Random Drug Testing Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**CNA Surety**
**PO Box 957312**
**St Louis,, MO 63195**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Surety Bonds**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Coby & Ana Randolph**
**1151 Heritage Hill**
**Canyon Lake, TX 78133**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LoneStar Fiberglass Components of Texas, LLC**                    Case number (if known) _____
_____
         Name

| | |
|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

---

**3.109** | **Nonpriority creditor's name and mailing address**
**Cody Sobeczek**
**3739 Southton View**
**San Antonio, TX 78222**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address**
**Comal County Tax Office**
**PO Box 659480**
**San Antonio,, TX 78265-9480**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $75,082.74
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Property Taxes**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address**
**Composites One LLC**
**4526 Paysphere Circle**
**Chicago,, IL 60674**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $46,673.49
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Raw goods and material supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address**
**Connie Gomez**
**1201 Crooked Road**
**Dale, TX 78616**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address**
**Cool Pools**
**4301 Region Park Dr #5B Fort**
**Smith, AR 72916**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**
**Cory & Jenny Williams**
**555 Cattlemans Lane**
**Marion, TX 78124**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
**Cost Plus Pools**
**5630 Maurice Bell**
**El Paso, TX 79932**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$120,252.60** |
|---|---|---|---|

**CoTechno Group**
**1942 IH35 South, Unit 107**
**San Marcos,, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Fiberglass and material supplier__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Courtney & Keith Helford**
**2047 Watterson Rd.**
**Redrock, TX 78662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,199.50** |
|---|---|---|---|

**CR Concrete, LLC**
**1307 Stacy Ln #96**
**San Marcos,, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Concrete Subcontractor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Craig Harmon**
**8234 Bending Tree**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cris & Jeanette Villarreal**
**554 Englewood Lane**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Criselda Trevino**
**8215 Brightstone**
**San Antonio, TX 78250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Crystal & Merle Mishler**
**2513 Stetson**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Crystal Clear SUD**
**2370 FM 1979**
**San Marcos, TX 78666-2100**

Date(s) debt was incurred _

Last 4 digits of account number  **0095**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$320.37**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Crystal Clear SUD**
**2370 FM 1979**
**San Marcos, TX 78666-2100**

Date(s) debt was incurred _

Last 4 digits of account number  **0097**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$435.08**

---

**3.125**

**Nonpriority creditor's name and mailing address**
**Crystal Clear SUD**
**2370 FM 1979**
**San Marcos, TX 78666-2100**

Date(s) debt was incurred _

Last 4 digits of account number  **0096**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$406.68**

---

**3.126**

**Nonpriority creditor's name and mailing address**
**Cynthia Cuevas**
**3963 County Rd 319**
**Lavernia, TX 78121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Cynthia Simper**
**120 Crescent Ridge**
**Adkins, TX 78101**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**D. Lee & Caryne Edwards**
**311 Hunters Creek Drive**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**
**Dale Martyn**
**428 Colorado Dr.**
**Cedar Creek, TX 78612**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.130** | Nonpriority creditor's name and mailing address

**Damian & Veronica Reyes**
**9208 Holly Star**
**Helotes, TX 78023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address

**Dan & Robyn Curry**
**7310 Moss Brook Cove**
**San Antonio, TX 78255**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address

**Dan Gembarowski**
**401 First St.**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address

**Dana Benavides**
**1303 Lower Seguin**
**Marion, TX 78124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**Daniel Fountain**
**9927 Wind Dancer**
**San Antonio, TX 78251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**Danielle Whitaker**
**325 Dove Hollow Drive**
**Kyle, TX 78640**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address

**Darla Wallace**
**13478 FM 1117**
**Seguin, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daron Standard**
**3468 CR 402**
**Flatonia, TX 78941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darrel & Dana Wagner**
**1303 Canyon Edge**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darrell & Candice Polasek**
**369 Rodreguez Acres**
**Jourdanton, TX 78026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darren & Belinda Briggs**
**158222 Hill Lane**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darren Bernaix**
**929 San Fernando Lane**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave & Carrie Garza**
**27410 Parkweg Loop**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Davey & Vanessa Holmes**
**126 Horseshoe Cove**
**Kyle, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.144** | Nonpriority creditor's name and mailing address

**David & Bonnie Munoz**
**10947 West Cave Blvd**
**Dripping Springs, TX 78620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address

**DAvid & Carmen Rosario**
**132 Town Creek Way**
**Cibolo, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address

**David & Cindy Jennings**
**233 Gruene Haven**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address

**David & Jolyn Grothues**
**175 Byrd Rd.**
**Pleasanton, TX 78064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address

**David & Sheri Colbath**
**7606 Elm Creek Road**
**Seguin, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address

**David and Sharon Moreau**
**2251 Granada Hills**
**New Braunfels,, TX 78132**

Date(s) debt was incurred  **November 18, 2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $250,000.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiffs in Comal County in Case No.: C2024-1894C.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address

**David Arias**
**9638 Campton Farms**
**San Antonio, TX 78250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.          $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.151**

**Nonpriority creditor's name and mailing address**
**David DeWitt**
**725 Hollow Ridge**
**Cibolo, TX 78108**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.152**

**Nonpriority creditor's name and mailing address**
**David Dunnam**
**360 Lily St.**
**Spring Branch, TX 78070**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.153**

**Nonpriority creditor's name and mailing address**
**David Ervin**
**163 Pleasant Ln.**
**New Braunfels, TX 78132**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.154**

**Nonpriority creditor's name and mailing address**
**David Garza**
**1626 Clover Ridge**
**Pleasanton, TX 78064**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.155**

**Nonpriority creditor's name and mailing address**
**David Goff**
**10709 Barnsford Lane**
**Helotes, TX 78023**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.156**

**Nonpriority creditor's name and mailing address**
**David Guthrie**
**178 Cotton Drive East**
**Comfort, TX 78013**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.157**

**Nonpriority creditor's name and mailing address**
**David Noriega & Dora Gonzalez**
**135 Private Road**
**Mico, TX 78053**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor  **LoneStar Fiberglass Components of Texas, LLC**  Case number (if known) _____

Name

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**David Olvera**
**11527 Isla Way**
**San Antonio, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dawn or Trevor Aberle**
**133 Copper Creek Dr.**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dawn Sheridan**
**2018 Ridgeview San**
**Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,326.86 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**111 Old Eagles School Road**
**Wayne,, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2934**

Basis for the claim:  **Lease for Printer Machine**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dean Kinsey**
**121 E. Ashton Blvd**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Debra Lara**
**1298 Still Meadow Rd.**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Debra Rose**
**1933 Squire Circle**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,054.43** |
|---|---|---|---|

**Decipher IT**
**1397 Timberhill Drive**
**New Braunfels,, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __IT Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DeDee Bennes**
**434 Oak Springs Dr.**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dena Iden**
**14809 Hyson Crossing**
**Pflugerville, TX 78728**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis & Bonnie Neumann**
**445 Oak Springs Drive**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Derek Staedtler**
**1010 Jenschke-Staats Road**
**Fredricksburg, TX 78625**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Dorjas**
**9406 Yett**
**San Antonio, TX 78221**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diane Peterson**
**2704 Nueva Cordova**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LoneStar Fiberglass Components of Texas, LLC**                          Case number *(if known)* _____
_____
              Name

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dione Albert**
**900 Dry Cypress Ranch**
**Wimberly, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dixie Mark (Hall)**
**1922 Ranch Road 165**
**Blanco, TX 78606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dixie Russell**
**106 Turney St**
**Smithville, TX 78957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Dole Gonzalez**
**2204 Geneva St.**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Don & Leslie Smith**
**103 LaSalle Pl.**
**Universal City, TX 78148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Don & Lorena Cates**
**11234 Thorn Apple**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Donald & Stacy Kagebein**
**13061 Old Corpus Christi Rd.**
**San Antonio, TX 78112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donna Tuggle**
308 Muse Dr.
Spring Branch, TX 78070

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,895.55 |
|---|---|---|---|

**Double M Construction**
7319 N. Loop 1604 E #126
Live Oak,, TX 78233

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Concrete Subcontractor 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Burchard**
6926 Crested Quail
San Antonio, TX 78250

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Claussen**
5226 Fawn Dr.
Waelder, TX 78959

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doug Scherber**
26052 Stone Canyon
San Antonio, TX 78260-2403

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dr. Jose Arroyo**
12306 Sagerider
San Antonio, TX 78254

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duley Dawson**
4686 Barbarossa Rd.
Seguin, TX 78155

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant 

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.186** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,888.00**

**Dump Truck Services**
PO Box 511
Schertz,, TX 78154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Stone Hauler**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dustin & Danielle Waters**
133 Laurel Way
Kerrville, TX 78028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dustin Hunt**
27104 Sherwood Forest
San Antonio, TX 78260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dwayne & Sherrie James**
108 North Calvin Barrett
Blanco, TX 78606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eddy & Stephanie Barker**
311 Indigo Run
San Antonio, TX 78163

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Edward & Lori Mangiero**
8449 Lajitas Bend
San Antonio, TX 78254

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Elizabeth Alvarado**
12503 Swtichgrass
San Antonio, TX 78252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.193**

**Nonpriority creditor's name and mailing address**
**ELIZABETH THORNTON**
**444 Flint Rock Lane**
**Seguin, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.194**

**Nonpriority creditor's name and mailing address**
**Eneida Hamilton**
**13157 Hallie Chase**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195**

**Nonpriority creditor's name and mailing address**
**Eric Chappell**
**3130 Sunset Cove**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.196**

**Nonpriority creditor's name and mailing address**
**Erika Gonzales**
**10085 fm 775**
**Lavernia, TX 78121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.197**

**Nonpriority creditor's name and mailing address**
**Erika Sanchez**
**419 Stone Gate Drive**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.198**

**Nonpriority creditor's name and mailing address**
**Ervin Talley**
**10485 Hunter Heights**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.199**

**Nonpriority creditor's name and mailing address**
**Essential Funding**
**4750 E Moody Blvd, Ste 226**
**Bunnell, FL 32110**

Date(s) debt was incurred  **11/18/2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **MCA Loan.**

Is the claim subject to offset? ■ No  ☐ Yes

$95,500.00

---

Debtor **LoneStar Fiberglass Components of Texas, LLC**
　　　　Name

Case number (if known) _____

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eugene Rieder**
**3605 Blue Cloud Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evaristo Rivera**
**124 Willow Oak Trail**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,366.95 |
|---|---|---|---|

**Ewing Irrigation Products Inc**
**3441 E Harbour Dr**
**Phoenix,, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Stone Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,911.37 |
|---|---|---|---|

**Exxon**
**PO Box 6293**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,367.17 |
|---|---|---|---|

**Fastenal Company**
**PO Box 1286**
**Winona,, MN 55987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **M&E Repair and Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fernando Martinez**
**305 Cheeked Pintail**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.00 |
|---|---|---|---|

**Fire Recovery USA**
**2271 Lava Ridge Ct Ste 120**
**Roseville,, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fire Extinguishers**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LoneStar Fiberglass Components of Texas, LLC**          Case number (if known) _____
_____
Name

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,585.22 |
|---|---|---|---|

**First Citizens Bank & Trust Co**
**2600 Cannon Road**
**Cleveland, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Printer Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Flamingo Pools**
**612 West Nolana Ave STE 425**
**McAllen, TX 78537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $63,680.20 |
|---|---|---|---|

**Florida Water Products Inc**
**dba Texas Pool Supply**
**5069 Savarese Circle**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Comal County Cause No.: C2023-2368A (petition filed).**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Forrest & Rikkita Hughes**
**27502 Fels Mauer Blvd**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Fortress V&O Concrete LLC**
**6733 Broad Brook Dr**
**Austin,, TX 78747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Concrete Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank & Adriana Sanchez**
**1318 Jerad St.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Frank Corn**
**424 Saddle Mountain Dr.**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.214** | Nonpriority creditor's name and mailing address

**Frank Sughrue**
**5118 Barth Rd**
**Lockhart, TX 78644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.215** | Nonpriority creditor's name and mailing address

**Fred & Lori Anderson**
**1233 Nickle Creek**
**New Braunfels, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.216** | Nonpriority creditor's name and mailing address

**Frontier Bulk Water Delivery**
**1885 FM 1980**
**Marble Falls,, TX 78654**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$450.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water Delivery**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** | Nonpriority creditor's name and mailing address

**Gabriel & Alyson Guerrero**
**189 Barron Estate Cv**
**Lockhart, TX 78644**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** | Nonpriority creditor's name and mailing address

**Gallaway Safety & Supply**
**205 Carlton Drive**
**Eighty Four,, PA 15330**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$2,083.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Safety Gear Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** | Nonpriority creditor's name and mailing address

**Garrick Herbert**
**886 Winding Oak Dr**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** | Nonpriority creditor's name and mailing address

**Gary Springer**
**100 High Ridge Circle San**
**Marcos, TX 78666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Genevie &Jesus Montanez**
**148 N Water LAne**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerald & Christina Stautzenberger**
**2286 Sun Chase Blvd**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerard Van Den Dries**
**164 Redus Rdg**
**Lakehills, TX 78063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gilbert & Connie Moreno**
**900 S. Madison Ave**
**Beeville, TX 78102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenda & Steve Wilson**
**2716 Rolling Oaks**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenda & Teresa Sweeney**
**244 East Ammann Road**
**Bulverde, TX 78163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenda Martin**
**3820 Coughran Rd.**
**Pleasanton, TX 78064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Glenn & Margaret Lynch**
**2324 County Road 347**
**Lavernia, TX 78121**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graves Dougherty Hearon & Moody PC**
**Attn: Haily L. Suggs**
**401 Congress Ave Ste 2700**
**Austin, TX 78701**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** For notification purposes. Counsel for Plaintiffs in Case No.: 24-2625 Markus Heitkoetter vs. Lonestar Pools of TX, LLC

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$920.88** |
|---|---|---|---|

**Graybar Financial**
**PO Box 5066 H**
**Hartford,, CT 06102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Phone Service

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg & Mary Kruciak**
**214 Wood Valley Dr.**
**Adkins, TX 78101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Greg Adams**
**133 Rattle Snake Bluff**
**Boerne, TX 78006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gus & Denise Ayala**
**1263 Pinnacle Pkwy**
**New Braunfels, TX 78132**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Harold & Viola Shaw**
**19209 FM 471 S.**
**Natalia, TX 78059**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **LoneStar Fiberglass Components of Texas, LLC**
    Name

Case number (if known) _____

| | |
|---|---|
| 3.235 | **Nonpriority creditor's name and mailing address** |

**3.235**

**Nonpriority creditor's name and mailing address**
Hector Serrano
4662 Mather Road
Kyle, TX 78640

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236**

**Nonpriority creditor's name and mailing address**
Heidelberg Materials
PO Box 412345
Boston,, MA 02241

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$459.57**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Rock Quarry__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237**

**Nonpriority creditor's name and mailing address**
Heimer FP Ltd. & Hollmig FP Ltd.
Attn: CEO, President, Officer
130 S. Seguin Ave Ste 100
New Braunfels, TX 78130

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$69,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unpaid rent (landlord and lessor of 7150 IH 35 N New Braunfels, TX 78130)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238**

**Nonpriority creditor's name and mailing address**
Helle Smith
674 Parkview Drive
Canyon Lake, TX 78132

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239**

**Nonpriority creditor's name and mailing address**
Henry & Jessica Garza-Hernandez
8611 Sierra Sky
San Antonio, TX 78254

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240**

**Nonpriority creditor's name and mailing address**
Henry Yzaguirre
8310 Cover Road
San Antonio, TX 78263

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241**

**Nonpriority creditor's name and mailing address**
Hill Country Waste Solutions, LLC
PO Box 960
Spring Branch,, TX 78070

Date(s) debt was incurred _

Last 4 digits of account number __9830__

**As of the petition filing date, the claim is:** *Check all that apply.*  **$8,413.67**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Utility Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.242**

**Nonpriority creditor's name and mailing address**

**Holiday Pool of the Ozark**
**500 Ranch View Ct**
**Branson, MO 65616**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant - dealer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243**

**Nonpriority creditor's name and mailing address**

**Holiday Time Pools**
**PO Box 886 114 Orchard Dr**
**Gentry, AR 72734**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant - dealer

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244**

**Nonpriority creditor's name and mailing address**

**Home Depot Credit Services**
**PO Box 790340**
**Saint Louis, MO 63179**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit card balance

Is the claim subject to offset? ■ No ☐ Yes

**$8,297.14**

---

**3.245**

**Nonpriority creditor's name and mailing address**

**Hope Paffe**
**114 Hunters View Circle**
**Boerne, TX 78006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246**

**Nonpriority creditor's name and mailing address**

**Houston Foam Plastics**
**2019 Brooks St.**
**PO Box 1615**
**Houston,, TX 77251-1615**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Styrofoam Supplier

Is the claim subject to offset? ■ No ☐ Yes

**$11,657.48**

---

**3.247**

**Nonpriority creditor's name and mailing address**

**Howard Long**
**361 Coy Lane**
**Cibolo, TX 78101**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248**

**Nonpriority creditor's name and mailing address**

**IBN Construction Services LLC**
**10730 Impala Springs**
**San Antonio,, TX 78245-2791**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Concrete Subcontractor

Is the claim subject to offset? ■ No ☐ Yes

**$7,340.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ilya Kuklin**
**12709 Iron Bridge Dr**
**Manchaca, TX 78652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,477.78**

**IMATE Composites**
**6465 Calle Vista Dr**
**El Paso,, TX 79912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Fiberglass and Gel Coat supplier. Case No.: C2024-1411D.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,758.39**

**Ingram Materials LLC**
**PO Box 311267**
**New Braunfels,, TX 78131-1267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Rock Quarry**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ismael Allen**
**15085 Herring Rd**
**Atascosa, TX 78002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ivey Construction**
**PO Box 98**
**Kingsland, TX 78639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jacob D Gerberger**
**11767 Katy Frwy Ste 920**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **April, 2024**

Last 4 digits of account number __

Basis for the claim:  **For notification purposes. Counsel for Plaintiff in Case No.: 1225574 City Electrical Supply Company vs Lonestar Pools of TX, LLC.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jacque Bess**
**470 Scenic Lullaby**
**Bulverde, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|--------|-----|-----|-----|
| | Name | | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James & Christina Talley**
**104 Natchez**
**Poth, TX 78130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James & Dollene Lakey**
**250 Hester**
**Nixon, TX 78140**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Ross.**
**720 E Travis**
**Luling, TX 78648**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie & Jennifer Reiger**
**719 Galbraith Avenue**
**Kerrville, TX 78028**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jamie & Magdalenda Hudson-Murray**
**228 Copper Ridge Dr**
**Lavernia, TX 78121**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jan Parsons**
**15628 Chippewa Blvd**
**Selma, TX 78154**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jana Simmons**
**3210 Blantyre**
**Converse, TX 78109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.263** | Nonpriority creditor's name and mailing address

**Jane & Roger Stiefer**
**800 Oak Grove Road**
**San Marcos, TX 78666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address

**Jaryn & Alyssa Barcheers**
**3434 Monroe Ave**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address

**Jason & Jessica Gamez**
**3620 Woodlawn Farms**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address

**Jason & Melissa Bryant**
**478 Scenic Lullaby**
**Bulverde, TX 78163**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address

**Jason & Michelle Zormeier**
**1018 Stradina**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address

**Jason & Tiffany Witherspoon**
**3505 Willows Ranch**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address

**Jason Dees**
**644 Ridge Maze Road**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.270**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jason Haydon**<br>**707 Gatlin Creek Rd**<br>**Dripping Springs, TX 78620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.271**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jay Ann Quilter**<br>**125 Cara Lane**<br>**New Braunfels, TX 78130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.272**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jay Beringer**<br>**447 Mary Blvd**<br>**New Braunfels, TX 78130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.273**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jed Bredemus**<br>**8810 Timmermann Cove**<br>**Garden Ridge, TX 78266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.274**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jeff & Jenny Park**<br>**919 East Crockett Street**<br>**San Antonio, TX 78202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.275**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jeff Arnold**<br>**839 San Ignacio**<br>**New Braunfels, TX 78132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.276**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jeff Harrell**<br>**6272 S. Hwy 16 S**<br>**Pipe Creek, TX 78063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Potential warranty claimant** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Jeff Moore**
**2206 Pinecrest Ct.**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Personal Loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Trcka**
**8502 Briscoe Fields**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeffrey Morales**
**112 Calline Mayes Run**
**Buda, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jenna Early**
**304 Lacy Oak Loop  San**
**Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer & Jason Heisler**
**9022 Quaker Ridge**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Alvarado**
**3003 Sand Post Pl  San**
**Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Aquino**
**26807 Camp Oaks Drive**
**San Antonio, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jennifer Hernandez-Guerra**
**13903 Westbury Falls**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jennifer Morris**
**24058 Old HWY 112,**
**Cameron, OK 74932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jennifer Rodriguez**
**2085 Desiree Street**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jennifer Rodriguez.**
**8615 Jogeva Rise**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jerrold Becklehimer**
**3209 Molanga Stree**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jerry & Gretchen Watson**
**101 Bluebird Rd.**
**Victoria, TX 77903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Jerry & Helen Wieters**
**45555 FM 2538**
**Marion, TX 78124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.291**

**Nonpriority creditor's name and mailing address**

**Jerry Forrest Services**
**PO Box 311566**
**New Braunfels,, TX 78131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Stone Hauler

Is the claim subject to offset? ■ No ☐ Yes

**$3,721.40**

---

**3.292**

**Nonpriority creditor's name and mailing address**

**Jesse & Sandra Flores**
**27238 Sherwood Forest Drive**
**San Antonio, TX 78260**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293**

**Nonpriority creditor's name and mailing address**

**Jesse & Vicky Hernandez**
**1102 Seven Iron Way**
**San Antonio, TX 78221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294**

**Nonpriority creditor's name and mailing address**

**Jessica & Jason Bolyard**
**5740 Columbia**
**Schertz, TX 78108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295**

**Nonpriority creditor's name and mailing address**

**Jessica Garza**
**300 Guadalupe River Drive**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.296**

**Nonpriority creditor's name and mailing address**

**Jim & Sharyn Hall**
**166 Bridle Path**
**Spring Branch, TX 78070**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297**

**Nonpriority creditor's name and mailing address**

**Jim Hoffbauer / Reuben Carranza**
**3815 Glenellen**
**San Antonio, TX 78257**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Jimmy & Jennifer Olson**
**1767 Loma Verde Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Joe Cantu**
**149 Bolerio Dr**
**Universal City, TX 78148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Joe Kennedy**
**549 Flower Trail Loop**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Joe Tyler**
**29335 FM 3009**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Joel & Clara Hinojosa**
**2465 Borchert Loop**
**Lockhart, TX 78644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Joey Barrera**
**4058 Legend Pond**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**John & Cristina Hopkins**
**200 Cascade Trail**
**San MArcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.305**

**Nonpriority creditor's name and mailing address**

**John & Jenny Miller**
**28425 Sierra Drive**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.306**

**Nonpriority creditor's name and mailing address**

**John & Ruth Cornali**
**231 Haley Lane**
**Lavernia, TX 78121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.307**

**Nonpriority creditor's name and mailing address**

**John Czajkowski**
**139 Woodpecker Run**
**New Braunfels, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.308**

**Nonpriority creditor's name and mailing address**

**John Hopkins**
**103 Caroline Jasmine San**
**Marcos, TX 78666**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.309**

**Nonpriority creditor's name and mailing address**

**John Maynard & John Drann**
**368 Butternut Way**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.310**

**Nonpriority creditor's name and mailing address**

**John Thornton**
**12358 Autumn Vista**
**San Antonio, TX 78249**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.311**

**Nonpriority creditor's name and mailing address**

**John Tippy**
**6318 Hichory Hollow**
**Windcrest, TX 78739**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Weber**
**30450 Beck Rd.**
**Bulverde, TX 78163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnny & Candy Rochester**
**10825 Rd  Kingsbury,**
**Kingsbury, TX 78638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnny & Margie Hay**
**5135 Bear Creek Rd.**
**Pipe Creek, TX 78063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jolyn Swint**
**142 Old Iroquois Trail**
**Lake Hills, TX 78063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan & Christina Wurzelbacher**
**1911 Privet Road**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan & Rebecca Boubel**
**26059 Scenic Crest Blvd**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan amd Micaela Romero**
**109 Cobalt Cove**
**Cibolo, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.319** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jonathon & Erica Cobb**
**194 Serrato Cove**
**Driftwood, TX 78619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jose & Luis Guerra**
**6051 Patrick Henry**
**San Antonio, TX 78223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.321** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jose Bernal**
**30611 Setterfeld Circle**
**Fair Oaks Ranch, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jose Dominguez**
**4589 Windmill**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jose R. Guevara**
**115 Rock Dove Drive**
**Lytle, TX 78052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jose Sagastume**
**15335 Electra Circle**
**San Antonio, TX 78245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Joseph & Candace Blessing**
**1623 Sun Canyon Blvd**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Corona**
**2500 FM 306**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Stillwill**
**105 B Windview Dr.**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Martin**
**610 Goldcrest Dr.**
**Windcrest, TX 78239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua & Crystal Phillips**
**6627 Palmetto Way**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshua & Jessica Swisher**
**12027 White River Road**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joshue & Nicole Regalado**
**3925 Legend Hill**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $38,051.55 |
|---|---|---|---|

**JP Morgan Chase Bank NA**
**Mail Code LA4-7100**
**700 Kansas Lane**
**Monroe, LA 71203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **9589**

Basis for the claim:  **Credit card balance**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.333**

**Nonpriority creditor's name and mailing address**
**JP Morgan Chase Bank NA**
**Attn: CEO, President, Officer**
**270 Park Ave**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number  **9589**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

**$38,051.55**

---

**3.334**

**Nonpriority creditor's name and mailing address**
**JPG Concrete, Masonry & Pools**
**2398 County Rd 306**
**Floresville,, TX 78114**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Concrete Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$13,839.00**

---

**3.335**

**Nonpriority creditor's name and mailing address**
**Juan & Armida Alcocer**
**455 Pikes Peak Road**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.336**

**Nonpriority creditor's name and mailing address**
**Juan & Connie Amaya**
**8443 Parry Path**
**Converse, TX 78109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.337**

**Nonpriority creditor's name and mailing address**
**Juan & Cynthia Elias**
**5619 Meadow Sky**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.338**

**Nonpriority creditor's name and mailing address**
**Judy & Ken Eberle**
**908 Shilloh Road**
**Bastrop, TX 78602**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.339**

**Nonpriority creditor's name and mailing address**
**Justa Garcia**
**7122 Symphony Lane**
**San Antonio, TX 78214**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Justin Hair**
**717 Dandelion St**
**Lockhart, TX 78644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Justin P Fasano**
**McNamee Hosea**
**6404 Ivy Lane Ste 820**
**Greenbelt, MD 20770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Attorney (VA) for notification purposes.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kandi & Brian Barrell**
**706 Candleglo**
**Windcrest, TX 78239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$204,530.00**

**Kapitus LLC**
**120 West 45th Street**
**4th Flr**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __11/07/23__

Last 4 digits of account number  __7916__

Basis for the claim:  __MCA Loan. Complaint filed in Virginia. UCC1 asserts an inteterest in all collateral. Second position but is effectively unsecured.__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karen Haywood**
**16801 Decker Creek Drive**
**Manor, TX 78653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karen Ollis**
**111 Crooked Trail**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karie Kapise**
**153 Westfield Landing**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number _(if known)_ |
|---|---|---|
| | Name | |

---

**3.347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00**
--- | --- | --- | ---

**3.347**

**Nonpriority creditor's name and mailing address**

**Karina Hill**
**149 Neimeitz Cove**
**Cibolo, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348**

**Nonpriority creditor's name and mailing address**

**Karisha Gomez**
**929 Private Road 3703**
**San Antonio, TX 78253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349**

**Nonpriority creditor's name and mailing address**

**Kathy Thaler**
**908 Last Gap Lane**
**Bandera, TX 78003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.350**

**Nonpriority creditor's name and mailing address**

**Keith Osburn**
**460 Rose Blossom Loop**
**Lavernia, TX 78121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351**

**Nonpriority creditor's name and mailing address**

**Keith Pearson**
**2008 Alyssas Dr**
**Manchaca, TX 78652**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352**

**Nonpriority creditor's name and mailing address**

**Keith Wilson**
**2333 Haven Bluff Ct**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353**

**Nonpriority creditor's name and mailing address**

**Kelli & Matthew Bowler**
**207 Champions Blvd**
**Lavernia, TX 78121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kelly & Michael Mills**
**5612 Cross Over Road**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kelsey Stone**
**9107 Selsey Wheel**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kenneth & Carrie Phipps**
**1611 Heavens Peak**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kenneth & Treshawn Tanks**
**153 Bobby Lynn Dr**
**Adkins, TX 78109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kerrie Shelton**
**229 River oaks**
**Blanco, TX 78606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Clark**
**2918 Dreibrondt Rd San**
**Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Daly**
**902 Briarcliff Dr.**
**San Antonio, TX 78213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kevin George**
1006 Haltown Dr.
San Antonio, TX 78213

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kevin Miller**
1044 Calder Rd.
Dale, TX 78616

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kevin Stanton**
315 Burnside Dr
San Antonio, TX 78209

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.364** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kim & George McInvale**
121 Crestway
Floresville, TX 78114

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.365** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kim & Glen Anizan**
1110 City Street
Pearsall, TX 78061

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.366** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kim Frazar**
435 Red Bird Loop
Centerpoint, TX 78010

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kimberly & Randall Fitzgerald**
7349 NEWMAN BOULEVARD
KYLE, TX 78640

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kings Lawn Outdoor & Pools LLC**
**6009 Canyon Drive**
**Amarillo, TX 79110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirby Johnson**
**2208 Deer Run Ridge**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirk Frantz**
**281 Old Antioch Road**
**Smithville, TX 78957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kris & Christa Russell**
**380 Trout Run**
**Fischer, TX 78623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kurt & Dawn Burnett**
**10251 FM 1623**
**Blanco, TX 86026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle & Barbara Shaw**
**811 Siesta Dr.**
**Karnes City, TX 78118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Suer**
**277 Orion Dr**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lake Area Pools**
3689 E Cabella Dr
Sulphure, LA 70665

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant - dealer**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lance & Larue Rhodes**
812 Cula Vista Dr.
Karnes City, TX 78118

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lance & Michelle Kruse**
3024 Sandstone Way
New Braunfels, TX 78130

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lanee & Kim Turnbow**
2369 N. Ranch Estates
New Braunfels, TX 78130

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry & Christy Gardner**
141 Lacey Oak Loop
San Marcos, TX 78666

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry & Shana Earls**
122 Eugene Sasser
San Antonio, TX 78260

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Garrett**
6735 Tahama Gate
San Antonio, TX 78223

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.382** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Larry Yosko**
**1597 CR 186**
**Karnes City, TX 78118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lauren De La Cruz**
**6222 Donely Place**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Laurent & Erica Seck**
**1004 Williams Way**
**Cedar Park, TX 78613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Laurian or Kathleen Stoicouiciu**
**250 Gardner Rd.**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lawrence Caveness**
**22311 White Doe Pass**
**San Antonio, TX 78255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lawrence Heap**
**1402 FM 473**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Leah Cuellar**
**109 Leather Oak Loop San**
**Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Lee Lairmore**
**27002 Rockwall PArkway**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Leo Camalich**
**228 Brown Saddle Cove**
**Driftwood, TX 78619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Leslie Moffett**
**1260 Lee St.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Leticia & Sonny Santos**
**768 FM 2537**
**San Antonio, TX 78221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$585,698.47**

**Libertas Funding, LLC**
**Attn: CEO, President, Officer**
**411 W. Putnam Ave Ste 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __June 7, 2024__

**Basis for the claim:** __MCA Loan. Judgment entered in Case No.: 240902497. Third position. Effectively unsecured.__

Last 4 digits of account number __8289__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Linda Glass**
**1241 CR 343**
**Gonzales, TX 78629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Linda Raschke**
**PO Box 1472**
**Kingsland, TX 78639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lisa Smith**
**26407 Bentley Run**
**Boerne, TX 78015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Liz Garrett**
**4547 Berry Grove**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lochness Pools**
**8701 Acre View Dr.**
**Oklahoma City, OK 73151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Logan Sparrow**
**12726 Osage Mesa**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LoneStar Fiberglass Pools of DFW LLC**
**630 S. CENTRAL EXPRESSWAY**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lonestar Pool & Spa Design**
**510 East Loop 281 Suite 253**
**Longview, TX 75606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lorin Kokesh**
**312 Misty Sails**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.403** | **Nonpriority creditor's name and mailing address**

**Louise Jimenez**
**31441 Panther Dr.**
**Bulverde, TX 78163**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

**Lucia Munoz**
**1077 Sixtree Dr**
**New Braunfels, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address**

**Luis Flores**
**7175 Crow Road**
**San Antonio, TX 78263**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address**

**Luis Lumbreras**
**3052 Coral Sky**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address**

**Luis Ortega**
**127 Lake Leaf Drive**
**Bastrop, TX 78602**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address**

**Luis Rivera**
**137 Alba Avenue  San**
**Marcos, TX 78666**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address**

**Luke & Mallory Sesler**
**6649 Bowie Cove**
**Schertz, TX 78108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lynda Morgan** | ☐ Contingent | |
| | **641 Rhodes Lane** | ☐ Unliquidated | |
| | **Wimberly, TX 78676** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Lynn & Dean Kjar** | ☐ Contingent | |
| | **13015 Stags Leap** | ☐ Unliquidated | |
| | **San Antonio, TX 78253** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Malinda Pike** | ☐ Contingent | |
| | **220 West Street** | ☐ Unliquidated | |
| | **Comfort, TX 78013** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Mandi & Josh Cantrell** | ☐ Contingent | |
| | **2224 Meadow Way Street** | ☐ Unliquidated | |
| | **New Braunfels, TX 78132** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Manley Wilson** | ☐ Contingent | |
| | **505 Homestead Rd.** | ☐ Unliquidated | |
| | **Kyle, TX 78640** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Manuel & Cindy Lopez** | ☐ Contingent | |
| | **6946 Fort Bend** | ☐ Unliquidated | |
| | **San Antonio, TX 78223** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Manuel & Irma Rangel** | ☐ Contingent | |
| | **9617 Huntress Lane** | ☐ Unliquidated | |
| | **San Antonio, TX 78255** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ Potential warranty claimant _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.417** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Manuel & Jhana Lopez** | ☐ Contingent
| **378 Bidle Trail** | ☐ Unliquidated
| **New Braunfels, TX 78132** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Manuel Rodriguez** | ☐ Contingent
| **975 York Creek** | ☐ Unliquidated
| **New Braunfels, TX 78130** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **MArc & Heidi Stone** | ☐ Contingent
| **5624 Meadow View** | ☐ Unliquidated
| **New Braunfels, TX 78132** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Marcus Finley** | ☐ Contingent
| **178 County Road 324** | ☐ Unliquidated
| **Adkins, TX 78101** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Margot or Jeffrey Berry** | ☐ Contingent
| **2932 Highland Breeze** | ☐ Unliquidated
| **Bulverde, TX 78163** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Maria Urias** | ☐ Contingent
| **810 Porter Street** | ☐ Unliquidated
| **New Braunfels, TX 78130** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Maribi Salazar & Richard McClinton** | ☐ Contingent
| **8705 Poppy Hill** | ☐ Unliquidated
| **Fair Oaks Ranch, TX 78015** | ☐ Disputed
| Date(s) debt was incurred __ | **Basis for the claim:** __Potential warranty claimant__
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **LoneStar Fiberglass Components of Texas, LLC**

Name

Case number (if known) _____

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mario Valero**
**3523 Whisper Branch**
**Schertz, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marisa & Bret Settle**
**2255 Granada Hills**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,999.58 |
|---|---|---|---|

**Maritz Global Events Inc**
**5757 Collections Center Dr.**
**Chicago,, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Event coordinator and planner**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,999.58 |
|---|---|---|---|

**Maritz Global Events Inc.**
**Attn: VP, Jill J. Blood**
**1375 North Hwy Dr**
**Fenton, MO 63099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October, 2022**

Last 4 digits of account number  **8802**

Basis for the claim:  **Travel costs**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark & Mindy Wing**
**921 Rosemary Dr.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark & Rebecca Sanchez**
**15350 Fort Mercy**
**San Antonio, TX 78245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Draper**
**2439 Fannin Dr.**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.431** | Nonpriority creditor's name and mailing address

**Mark House**
**1178 Lone Oak Rd**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.432** | Nonpriority creditor's name and mailing address

**Mark Rochford**
**347 Stolte Acres**
**Marion, TX 78124**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.433** | Nonpriority creditor's name and mailing address

**Markus Heitkoetter**
**1012 Windwill**
**Dripping Springs, TX 78620**

Date(s) debt was incurred  **September 24, 2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **Unknown**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaintiff in Texas. Complaint filed. Case No.: 24-2625.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.434** | Nonpriority creditor's name and mailing address

**Martin & Diana Gonzales**
**277 Falconwood Drive**
**San Marcos, TX 78666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.435** | Nonpriority creditor's name and mailing address

**Martin & Esmeralda Ramos**
**1224 West French Place**
**San Antonio, TX 78201**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.436** | Nonpriority creditor's name and mailing address

**Martinez Construction**
**2135 Black Gap Dr**
**San Antonio,, TX 78245**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **$48,649.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Concrete Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.437** | Nonpriority creditor's name and mailing address

**Marvin & Martee Hawkins**
**600 Burnett Ranch Road**
**Wimberly, TX 78676**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* — **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.438**

**Nonpriority creditor's name and mailing address**

**Mary Ann Overby**
**185 Trails End**
**Driftwood, TX 78619**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.439**

**Nonpriority creditor's name and mailing address**

**Matt & Ann Turner**
**2103 Meadow Way St.**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.440**

**Nonpriority creditor's name and mailing address**

**Matt & Debbie Beck**
**876 Country Lane**
**Cibolo, TX 78108**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.441**

**Nonpriority creditor's name and mailing address**

**Matt & Joyce Winard**
**7974 Cactus Plum**
**San Antonio, TX 78254**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.442**

**Nonpriority creditor's name and mailing address**

**Matthew Engbrock**
**6516 FM 466**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.443**

**Nonpriority creditor's name and mailing address**

**Maui Pools**
**727 N. Marland Blvd.**
**Hobbs, NM 88240**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant - dealer

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.444**

**Nonpriority creditor's name and mailing address**

**Max Johnson**
**133 Medora Branch Drive**
**Floresville, TX 78114**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor  **LoneStar Fiberglass Components of Texas, LLC**                    Case number (if known) _____
_____
Name

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mayra Sauceda**
**15 Oak Post**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,803.92 |
|---|---|---|---|

**McCoy Corporation**
**PO Box 1362**
**San Marcos,, TX 78667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Hardware Supplier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Megan & derek Luchak**
**1243 River Acres Drive**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meghan Murphy**
**328 Rhapsody Rdg Spring**
**Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melaney Canada**
**824 Armadillo Drive**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melinda & Jesus Chavarria**
**522 Powder Ridge**
**Luling, TX 78648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa & Nelson Hackmaster**
**4032 Fire Candle**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meramec Hardscapes & Concrete**
**32 Progress Parkway**
**St Louis, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Metheus Miller**
**7042 Hallie Heights**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael & Angie Dimick**
**909 Pasture Rose**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael & Brenda Johnson**
**129 Legacy View**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael & Carissa Carrizales**
**316 Stars & Stripes**
**Fischer, TX 78623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael & Holly Putnam**
**100 Pine Path**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael & Janice Schultze**
**141 Lifegate Ln.**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.459** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael & Leslye Campbell**
**17926 Cantera Court**
**San Antonio, TX 78255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.460** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael & Maria Youngs**
**2015 Rowan Way**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.461** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael Estrada**
**7207 Balcon Island**
**San Antonio, TX 78250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.462** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael Fleck**
**21875 Scenic Loop**
**San Antonio, TX 78255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael Gonzales**
**160 East Tree Farm Drive**
**Lytle, TX 78052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.464** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael Heaps**
**1969 Zinfadel**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.465** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Michael LaBarge**
**326 Eglinton Way**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.466**

**Nonpriority creditor's name and mailing address**

**Michael Roberts**
**6756 Concho Creek**
**Schertz, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.467**

**Nonpriority creditor's name and mailing address**

**Michael Sacky**
**1269 HollyBrooke**
**Inez, TX 77968**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468**

**Nonpriority creditor's name and mailing address**

**Michael Smith**
**5727 Dhaka Vw**
**San Antonio, TX 78250**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469**

**Nonpriority creditor's name and mailing address**

**Micheal DeRose**
**227 PR 1749**
**Mico, TX 78056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470**

**Nonpriority creditor's name and mailing address**

**Michele Baird**
**153 Greta Street**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471**

**Nonpriority creditor's name and mailing address**

**MIchelle Gonzales & Irene Rodriguez**
**1743 W. Huisache**
**San Antonio, TX 78201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**

**Nonpriority creditor's name and mailing address**

**Miguel Castelan**
**16604 Highnoon Del**
**Valle, TX 78617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Juarez**
**153 Abrego Lake**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Miguel Reyes**
**355 W. Danieldale Road**
**Dallas, TX 75232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike & Angela Battaglia**
**21 Brookmeadow Drive**
**Wimberly, TX 78676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike & Michelle Hilliker**
**116 Crescent Ridge**
**Adkins, TX 78101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike & Sheri Kinslow**
**9091 Garden Ridge**
**Garden Ridge, TX 78266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Cifelli**
**31050 Elisa Ann**
**Bulverde, TX 78163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mike DeFranco**
**131 W. Oak Loop Cedar**
**Cedar, TX 78612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Grady**
**5707 Oolooteka Dr.**
**San Antonio, TX 78218**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Harris**
**106 Donald Ross**
**New Braunfels, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mike K Hoffmann**
**4708 fm 775**
**Lavernia, TX 78121**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Lively**
**2900 Dauer Ranch Rd**
**New Braunfels, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mike or Julie Loniello**
**3033 Saddlehorn Dr.**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mike Strauss**
**2985 Palamino Pass**
**Seguin, TX 78155**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Mikel Jaynes**
**1144 FM 474**
**Boerne, TX 78006**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.487** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Misty Elizondo**
**912 Turning Stone**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.488** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mitch Stephen**
**1135 Allen View**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.489** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mitchel Aranda**
**1214 Reawick Dr**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.490** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mitchell Roberts**
**553 Roadrunner Ave**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.491** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Moises & Sonia Espinoza**
**13910 Greenwood Rd**
**Atascosa, TX 78002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.492** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Monet Villacorte**
**13917 Westbury Falls**
**San Antonio, TX 78253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.493** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,790.97**

**Moore Supply Co**
**2061 Clovis Barker Rd**
**Bldg #3**
**San Marcos,, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Hardware Supplier. Lawsuit case no.: 2024CV0384__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr Daniel Velasquez**
**625 Oleander Crk**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr Gary Godby**
**218 Cibolo Way**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr. Alex Pitsiaeli**
**2475 Feather Lane**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr. Charlie Davis**
**248 Eagle Ridge Dr.**
**Centerpoint, TX 78010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr. Eric Nix**
**7075 Laura Heights**
**Schertz, TX 78054**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr. James Tschoepe**
**104 Thomas Frost**
**Blanco, TX 78606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mr. Jimmy Jennings**
**2159 Silo Ridge**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LoneStar Fiberglass Components of Texas, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.501** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mr. John Price**
**120 Stone Forest**
**Fredricksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.502** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mrs Jackie Padilla**
**228 Lilly Bluff**
**Castroville, TX 78009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.503** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mrs. Kaitlin Kirk**
**10102 Cowboy Lane**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.504** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Mrs. Lisa Gomez**
**181 Falling Hills**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nachman Construction**
**2106 Gallows Rd**
**Vienna, VA 22182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nancy & Oz Maldanado**
**5665 Cross Over Road**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.507** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nancy Olivarez**
**18602 Creekside Pass**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:  Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.508** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Natalie Breeze**
**140 Pomegranate Cove**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nathan & Charlotte White**
**402 Zoeller Way**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Neil & Zoe Jones**
**557 Thousand Oaks Dr.**
**Cedar Creek, TX 78612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,193.68**

**New Braunfels Herald Zeitung**
**PO Box 311328**
**New Braunfels,, TX 78131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Advertising and Marketing__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,294.14**

**New Braunfels Utilities**
**Attn: CEO, President, Officer**
**263 Main Plaza**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Utility service provider__

Last 4 digits of account number **3100**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nicholas & Caitlan Moncus**
**103 Owen Shaw**
**Blanco, TX 78606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71,977.86**

**Nickel Rock, LLC**
**PO Box 2239**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Stone Hauler__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.515**

**Nonpriority creditor's name and mailing address**

**Nicole Stoffel**
**103 Tori Drive**
**Buda, TX 78610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.516**

**Nonpriority creditor's name and mailing address**

**Nikki & Noman Markos**
**130 Deer Haven Roa**
**Kerrville, TX 78028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.517**

**Nonpriority creditor's name and mailing address**

**Noel & Theresa Fernandez**
**1050 W. Gates Valley Road**
**Poteet, TX 78065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.518**

**Nonpriority creditor's name and mailing address**

**Norma Elizondo**
**8510 FM 1560**
**San Antonio, TX 78254**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.519**

**Nonpriority creditor's name and mailing address**

**O'Reily Auto Parts**
**PO Box 9464**
**Springfield,, MO 65801**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Vehicle Repair**

Is the claim subject to offset? ■ No ☐ Yes

$3,191.66

---

**3.520**

**Nonpriority creditor's name and mailing address**

**Oehlke CPA PLLC**
**550 Brackenridge Ln**
**Seguin,, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Former CPA**

Is the claim subject to offset? ■ No ☐ Yes

$24,770.00

---

**3.521**

**Nonpriority creditor's name and mailing address**

**Openwater Pools**
**501 East 4th**
**Georgetown, TX 78626**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Orlando Valadez**
**11902 Chipper Landing**
**San Antonio, TX 78221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Orvil & Connie Anthony**
**884 Copper Rim**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Oscar & Malinda Hairell**
**2863 Scull Road**
**Martindale, TX 78655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Otto Hierholzer**
**1710 4th St.**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,930.22 |
|---|---|---|---|

**Pal Lighting, LLC**
**11816 Inwood Rd**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Lighting for Pool Installations

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Palo Duro Poolscapes**
**3101 Hobbs Rd Suite 111**
**Amarillo, TX 79109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pam & Blake Wade**
**225 Lasso Falls**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pam Anderson**
**2800 Valenta**
**LaGrange, TX 78945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,408.43 |
|---|---|---|---|

**Parks Coffee**
**PO Box 110209**
**Carrolton,, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Janitorial and coffee supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,593.26 |
|---|---|---|---|

**Parkway Systems**
**5400 IH 35 North**
**San Antonio,, TX 78218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Routine maintenance servicer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pat & John Heinecke**
**106 River Bend Lane**
**Kingsland, TX 78639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick & Valerie Griffin**
**137 County Road 160**
**Kennedy, TX 78119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul & Elizabeth Vargas**
**4205 Gale Meadows**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul & Marilyn Rummel**
**102 Malberry Lane**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paula & Russel Sames**
**113 Allegheny Court**
**San Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pedro & Jennifer Garza**
**15807 Fox Lane**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pete & Vanessa Lopez**
**571 Waterleaf Blvd.**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter & Cheryl Mills**
**125 West Field Ranch**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philippe Mossiat**
**10203 Divide Mount**
**San Antonio, TX 78223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pool & Pipe LLC**
**3201 Clary Ave**
**Fort Worth, TX 76111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pool & Spa Divers**
**4105 N Belt Line Rd**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pools & Beyond**
**206 Belles Mill Rd**
**Shepherdsville, KY 40165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poseidon Pools & Spas**
**1751 US HWY 59N**
**Goliad, TX 77963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pricilla & Trent Russell**
**2754 Montebello**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,843.32 |
|---|---|---|---|

**Progressive Commercial Services**
**Dept 0561**
**Carol Stream,, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Auto Insurance (Former)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,442.90 |
|---|---|---|---|

**Progressive County Mutual Insurane**
**280 N High #300**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,247.37 |
|---|---|---|---|

**Pure Party Inc LLC**
**1092 S Laredo St #5**
**San Antonio,, TX 78207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Ice machine lessor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quigley Builders**
**7420 Golden Pond**
**Amarillo, TX 79121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,235.94**

**R.S. Hughes**
**9601 Dessau Rd, Ste 201**
**Austin,, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **M&E Repair and Maintenance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,235.94**

**R.S. Hughes Inc.**
**Attn: CEO, President, Officer**
**1162 Sonora Ct**
**Sunnyvale, CA 94086-5308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **M&E Supplier. Represented by Barr Credit Services, Inc.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Randall & Jennifer Neudek**
**229 Blue Moon Gait**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Randy Seiber**
**213 Arroyo Way**
**Canyon Lake, TX 78133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Randy Silber**
**277 Middle Green Loop**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Raquel Perfecto**
**1283 Private Rd. 2771**
**Castroville, TX 78056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Raunel Jaimes**
**7150 N IH 35**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LoneStar Fiberglass Components of Texas, LLC**                    Case number (if known) _____
  Name

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ray & Merideth Chacon**
**4538 Fernhill**
**San Antonio, TX 78259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ray & Natasha Rabideau**
**608 Candace Court**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ray Logan**
**144 Vista Sierra**
**Driftwood, TX 78619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Raymond & Julie Price**
**22192 Quiet Moon Drive**
**Garden Ridge, TX 78266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Raymond Passmore**
**1063 Fairway Drive**
**Spring Branch, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rebecca Moore**
**120 Cermeno Cove**
**Kyle, TX 78640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,735.30 |

**ResTex Composites Ltd**
**6050 Tri County Parkway**
**Schertz,, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Gel Coat and Acetone Supplier. Judgment entered in Comal County in Case No.: C2024-1620E.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.564** | **Nonpriority creditor's name and mailing address**

**Richard & Bobbie White**
**112 Haycraft**
**Marion, TX 78124**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.565** | **Nonpriority creditor's name and mailing address**

**Richard & Cynthia Janysek**
**6489 FM 627**
**Gillett, TX 78116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address**

**Richard & Danielle Groff**
**328 Cylamen**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address**

**Richard & Susan Ludwig**
**132 Parkridge Circle**
**Seguin, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**

**Richard & Texanna Harris**
**1519 Golden Wing**
**San Antonio, TX 78260**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address**

**Richard Huggler**
**65 San Saba**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

**Richard Mendoza**
**10607 Jasmine Bluff**
**San Antonio, TX 78245**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.571**

**Nonpriority creditor's name and mailing address**
**Rick & Debbie Jellison**
**9107 Cinnabar Court**
**Garden Ridge, TX 78266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.572**

**Nonpriority creditor's name and mailing address**
**Rick & Liz Hille**
**370 Forest Trail**
**New Braunfels, TX 78132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**

**Nonpriority creditor's name and mailing address**
**Rick & Sunny Collett**
**19906 Lloyds Park**
**Garden Ridge, TX 78266**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.574**

**Nonpriority creditor's name and mailing address**
**Rick & Valerie Smith**
**1239 Long Gate**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.575**

**Nonpriority creditor's name and mailing address**
**Rick Perkis / Ronald Davies**
**3810 Wendy Oaks Dr.**
**Temple, TX 76502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.576**

**Nonpriority creditor's name and mailing address**
**Rick Pfieffer**
**107 Scottie Dr.**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.577**

**Nonpriority creditor's name and mailing address**
**Rick Sarem**
**106 Oak Creek Dr.**
**Lavernia, TX 78121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.578** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ricky Franklin**
**624 Crossman**
**Fischer, TX 78623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rita Ramirez**
**304 Ambrosio**
**Marion, TX 78124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rob & Heidi Coke**
**6703 Dragway Farm**
**San Antonio, TX 78239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rob & Karen Anderson**
**18215 Settlement Way**
**San Antonio, TX 78258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Rob Jakob**
**13726 Cape Bluff**
**San Antonio, TX 78216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert & Belinda Vasquez**
**244 Country Drive**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.584** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert & Brandi Hale**
**833 Ussery Rd.**
**Luling, TX 78648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.585** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert & Christine Brown**
**1723 Mountain Spring**
**Canyon Lake, TX 78133**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert & Debbie Willhite**
**8734 Phoenix Ave.**
**Universal City, TX 78148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert & Veronica Valdez**
**5711 Misty Glen**
**San Antonio, TX 78247**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert Ayala**
**13804 Biltmore Lakes**
**Live Oak Springs, TX 78233**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert Bowen**
**1812 Wayside Dr**
**Seguin, TX 78155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert Martinez / Cecilia Rodriguez**
**4711 Cobble Hill**
**San Antonio, TX 78217**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robert Mickey Ortega**
**15806 Blue Sky Rd.**
**Selma, TX 78154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **LoneStar Fiberglass Components of Texas, LLC**                     Case number *(if known)* _____
                    Name

| 3.592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Simonton**
**7915 Monte Seco**
**San Antonio, TX 78240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robin & Kenneth Kronk**
**15900 Old St Hedwig St**
**Hedwig, TX 78152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robyn Steffen**
**976 Guenther Lane**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roderick & Rachel Batiste**
**301 Hazeltine Way**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roger & Sondra Parson**
**5030 Bonnie Crest**
**San Antonio, TX 78263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Roger Amore**
**1234 Mallard Corner**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ron Finnerty**
**3922 Luz Del Faro**
**San Antonio, TX 78261**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Potential warranty claimant__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) |
| --- | --- | --- |
| | Name | |

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ron Thompson**
**316 Valley Dr.**
**Wimberly, TX 78676**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ronnie Morrow**
**126 River Park Drive**
**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Roxane Rakowitz**
**4466 FM 427**
**Floresville, TX 78114**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Roy & Jessica Tristan**
**4571 Windmill Prairie**
**Seguin, TX 78155**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Roy & Linda Wells**
**5313 Alanton Lan**
**San Antonio, TX 78263**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Ruben Alaniz**
**15512 Glenn Lane**
**Selma, TX 78154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Russ & Lori Hataway**
**285 Caraway**
**Kyle, TX 78640**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.606**

**Nonpriority creditor's name and mailing address**
**Russell Blankman**
**258 Baretta Loop**
**Buda, TX 78610**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.607**

**Nonpriority creditor's name and mailing address**
**Russell Hays**
**1206 Wooded Knoll**
**San Antonio, TX 78258**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608**

**Nonpriority creditor's name and mailing address**
**Ryan & Katie Pollok**
**773 County Road 335**
**Stockdale, TX 78160**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609**

**Nonpriority creditor's name and mailing address**
**Ryan Exavating Concrete & Pools**
**4908 Hwwy 319**
**Aywor, SC 29511**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant - dealer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.610**

**Nonpriority creditor's name and mailing address**
**Salesforce Inc**
**2975 Regent Blvd**
**Irving,, TX 75063**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$1,870.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Monthly CRM subscription

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611**

**Nonpriority creditor's name and mailing address**
**Salvador & Amanda Solis**
**16489 FM 472**
**Bigfoot, TX 78005**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612**

**Nonpriority creditor's name and mailing address**
**Sandra Sparks**
**2228 Meadow Way Street**
**New Braunfels, TX 78132**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | LoneStar Fiberglass Components of Texas, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sandra Yanta**
**226 E. Crews St.**
**Karnes City, TX 78118**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott & Sonja McClelland**
**814 John Price**
**Blanco, TX 78606**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott & Teena Taylor**
**1927 Havenwood Blvd**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Collins**
**2415 Welsch Lane**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,455.09 |
|---|---|---|---|

**SCP Distributors, LLC**
**PO Box 54200**
**New Orleans,, LA 70154-4200**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Thompson Filter for Pool Installations**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shane Cheatham**
**4014 FM 1784**
**Pleasanton, TX 78064**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shane Crank**
**1505 Coffee Ave**
**Harrisburg, IL 62947**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.620**

**Nonpriority creditor's name and mailing address**

**Shannon Rucker**
**1053 E. College St.**
**Seguin, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.621**

**Nonpriority creditor's name and mailing address**

**Sharlene & Darnell Wright**
**216 Kildare**
**Cibolo, TX 78108**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.622**

**Nonpriority creditor's name and mailing address**

**SHARON DORING**
**109 Owl Hollow Rd  San**
**Marcos, TX 78666**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.623**

**Nonpriority creditor's name and mailing address**

**Sharon Teich**
**23711 Parkloop Rd.**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624**

**Nonpriority creditor's name and mailing address**

**Shawn & Christina Conerty**
**203 River Bluff Dr.**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625**

**Nonpriority creditor's name and mailing address**

**Shawn Smith**
**939 Blue Violet**
**New Braunfels, TX 78130**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626**

**Nonpriority creditor's name and mailing address**

**Shelena & Jerald Wells**
**12432 Ware Seguin Rd.**
**Schertz, TX 78154**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.627**

**Nonpriority creditor's name and mailing address**
**Sherwin Williams**
**320 FM 306**
**New Braunfels,, TX 78130-9999**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Paint supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,799.61**

---

**3.628**

**Nonpriority creditor's name and mailing address**
**Sheryl Honeycutt**
**724 Creset Circle Dr. San**
**Marcos, TX 78666**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629**

**Nonpriority creditor's name and mailing address**
**Shirley Gilbreath**
**5522 Castle Glade**
**San Antonio, TX 78218**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.630**

**Nonpriority creditor's name and mailing address**
**Simmons Bank**
**501 S Main St**
**Pine Bluff, AR 71601**

Date(s) debt was incurred __
Last 4 digits of account number  **8484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bank account fees**

Is the claim subject to offset? ■ No ☐ Yes

**$18,146.39**

---

**3.631**

**Nonpriority creditor's name and mailing address**
**Simply Pools**
**1015 Mill Creek Rd #9**
**Salado, TX 76643**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632**

**Nonpriority creditor's name and mailing address**
**Solid Rock Landscapes**
**20223 Cougar Trail**
**Midland, TX 76935**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633**

**Nonpriority creditor's name and mailing address**
**SolvChem, Inc.**
**Department 447 PO Box 4652**
**Houston,, TX 77210-4652**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Acetone Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$6,298.68**

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,307.01** |
|---|---|---|---|

**Source Environmental Sciences, Inc.**
**1800 West Loop South, Ste 1025**
**Houston,, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Air quality permit consultant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,789.50** |
|---|---|---|---|

**South TX Construction & Consulting**
**8400 S. County Road 1264**
**Midland,, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Concrete Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,958.23** |
|---|---|---|---|

**Spectrum**
**PO Box 223085**
**Pittsburgh,, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility Service Provider**

Last 4 digits of account number  **8601**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,635.21** |
|---|---|---|---|

**Spectrum Enterprise**
**Attn: CEO, President, Officer**
**400 Washington Blvd 13th Flr**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utility service provider**

Last 4 digits of account number  **8840**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Statewide Pools**
**5465 South First St.**
**Abilene, TX 79605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant - dealer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephan & Concetta Smith**
**5850 Hopper Court**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephanie & Sean Ashford**
**12625 Twisted Root Dr**
**Manchaca, TX 78652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.641** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stephanie Barrientos**
**274 Cibolo Way**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Stephen & Karen Cote**
**15206 Winged Foot**
**Selma, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.643** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Steve Van Booven**
**555 Kimbrough Rd**
**Seguin, TX 78155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.644** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Steven & Betty Mills**
**915 Wilderness Oaks**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.645** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Steven & Bianca Johnson**
**12138 Matador Ranch**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.646** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Steven Simon**
**105 Krieg Street**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.647** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,685.00**

**Stix Transport LLC**
**29120 State Hwy 46 W**
**Spring Branch,, TX 78070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Stone Hauler

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,048.04 |
|---|---|---|---|

**Sunbelt Mill Supply**
**7715 Grissom Rd**
**San Antonio,, TX 78251**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wood Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,938.81 |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta,, GA 30384-9211**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Truck & Vehicle Rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,030.51 |
|---|---|---|---|

**Superior Disposal**
**PO Box 2120**
**San Marcos,, TX 78130**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash Service (Former) (Litigation)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $849.52 |
|---|---|---|---|

**Superior Fleet Solutions**
**4710 S Interstate 35**
**New Braunfels,, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation Servicer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Susie Castilleja**
**527 Leather Stocking**
**San Antonio, TX 78260**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Suzi Wiley**
**5684 Cross Over Road**
**New Braunfels, TX 78132**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sylvia & Sam Sirianni**
**154 Belwood Drive**
**Buda, TX 78610**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.655**

**Nonpriority creditor's name and mailing address**
**Tamara Britton**
**165 Cats Eye Cove**
**Live Oak Springs, TX 78620**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656**

**Nonpriority creditor's name and mailing address**
**Tami Weiland**
**262 Cr. 326**
**Adkins, TX 78101**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.657**

**Nonpriority creditor's name and mailing address**
**Tana Grothues**
**2543 Angel Rodt**
**New Braunfels, TX 78132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658**

**Nonpriority creditor's name and mailing address**
**Tara Barnhill**
**3235 Lilly Flower**
**San Antonio, TX 78253**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659**

**Nonpriority creditor's name and mailing address**
**Tawrin & Da'Lacie McGrew**
**212 Majestic Sage Trail**
**San Marcos, TX 78666**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660**

**Nonpriority creditor's name and mailing address**
**Terra Firma**
**901 Main Street**
**Dallas,, TX 75202-3707**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$95,055.42**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Gel Coat and Resin supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661**

**Nonpriority creditor's name and mailing address**
**Terrie Skinner**
**9622 Discovery Dr.**
**Converse, TX 78109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) |
| | Name | |

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Terry & Cathy Williams**<br>**2423 George Pass**<br>**Canyon Lake, TX 78133** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Potential warranty claimant__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,032.78 |
|---|---|---|---|
| | **Texas Commission on Environmental Qualit**<br>**PO Box 13089**<br>**Austin,, TX 78711-3089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __TCEQ - permit holder__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,006.00 |
|---|---|---|---|
| | **Texas Concrete Overlay Solutions**<br>**1504 Sunflower Lane**<br>**San Marcos,, TX 78666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Concrete Subcontractor__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,083.08 |
|---|---|---|---|
| | **Texas Mutual**<br>**PO Box 12058**<br>**Austin,, TX 78711-2058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Workers Compensation (Former)__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Texas Pool Co.**<br>**202 Drum Dr.**<br>**Rockport, TX 78385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Potential warranty claimant - dealer__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $57,552.16 |
|---|---|---|---|
| | **Texas Pool Supply**<br>**PO Box 841382**<br>**Dallas,, TX 75284-1382** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __M&E Supplier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Thomas & Heather Morgan (2)**<br>**2426 Warncke Road**<br>**Lavernia, TX 78121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Potential warranty claimant__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.669** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thomas Browne**
**2290 Sun Chase**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Thor Augustus**
**13314 Toppling Lane**
**Live Oak Springs, TX 78233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.671** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tiffany & Eamonn Gibson**
**137 Whitworth Lane**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tiffany Fryer**
**2844 CR 337**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tilson Dyer**
**217 Cibolo Way**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tim & Donna Kellum**
**161 Turnberry Dr**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tim & Ellen Abel**
**221 Wood Valley Drive**
**Adkins, TX 78101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Potential warranty claimant**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.676** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tim & Leilani Writer**
**12900 Mission Rover Drive**
**Manchaca, TX 78652**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.677** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tim Muzzin**
**24422 Galo Cyn**
**San Antonio, TX 78260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tim Rosenberg**
**606 Volme**
**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**TLC**
**PO Box 2565**
**Eldorado, AR 88260**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant - dealer

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Todd & Amanda Striplin**
**12316 Erstein Valley**
**Schertz, TX 78108**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Todd Smith**
**235 Limestone Creek**
**New Braunfels, TX 78130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Tom & Nora Garner**
**1101 Cody Lane**
**Marion, TX 78124**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Potential warranty claimant

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tom & Pam Hlady**
**5915 Seneca Dr**
**Leon Valley, TX 78238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tony & Letha Duff**
**6808 Laura Heights**
**Schertz, TX 78154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Top of Texas**
**612 W Francis Ave**
**Pampa, TX 79065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracey Ott**
**445 Pr 1524**
**Bandera, TX 78003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Christoff-Colllins**
**1877 Shepherd Path**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Gaulding**
**835 Rio Azul Dr**
**Pipe Creek, TX 78063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tracy Knapik**
**3501 Rocky Creek Rd.**
**LaGrange, TX 78945**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Travis & Jane Davis**
**614 South Pecan**
**Luling, TX 78648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Travis & Karen Viator**
**16114 East Lupon Road  St.**
**Hedwig, TX 78152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Trey & Leah Tull**
**235 Horizon Blvd**
**Kerrville, TX 78028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,729.45**

**Triad LLC**
**310 Stolte Rd**
**New Braunfels,, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **M&E Repair and Maintenance**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Triangle Pools**
**476 Shotwell Rd #102-122**
**Clayton, NC 27520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant - dealer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Trini & Josie Aboytes**
**7401 Sidbury Cricle**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Trisha & Brian Day**
**169 Kaylee Chase**
**Cibolo, TX 78108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.697** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Troy & Melissa DePalermo**
**802 Bismark Street**
**Seguin, TX 78155**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.698** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Trudy Herrera**
**4250 Sandy Elm Rd.**
**Lavernia, TX 78121**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.699** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,222.08**

**Two Rivers Propane**
**8121 Old Bastrop Rd**
**New Braunfels,, TX 78130**

Date(s) debt was incurred __
Last 4 digits of account number  **5550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Propane utility service provider**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.700** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,872.00**

**TX Electric**
**336 Lillianite**
**New Braunfels,, TX 78130**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrician**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.701** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tyena Williams**
**182 Shannon Ridge Dr.**
**Floresville, TX 78114**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.702** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tyler & Naomi Mathews**
**14103 Touch Gold**
**San Antonio, TX 78248**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.703** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ultimate Poolscapes of TX LLC**
**512 N Dr  Hewitt,**
**Hewitt, TX 76643**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Potential warranty claimant - dealer**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.704** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Unique Builders**
PO Box 2565
Hobbs, NM 88260

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant - dealer

Is the claim subject to offset? ■ No ☐ Yes

---

**3.705** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,028.18

**United Rentals & Pac Van**
PO Box 840514
Dallas,, TX 75284-0514

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Truck, Vehicle, and M&E Rental

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Veronica Alvarado**
9702 SELBOURNE LANE
San Antonio, TX 78251

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Veronica Garcia**
301 Biscayne Bay Bend
Kyle, TX 78640

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Veronica Morales**
851 Faircrest Dr
Buda, TX 78610

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Veronica Vasquez**
1367 Oaklawn
New Braunfels, TX 78133

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Vicki Elkins**
1231 Suntrail
New Braunfels, TX 78130

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Potential warranty claimant

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vicky Humphries**
**222 Champions Blvd**
**Lavernia, TX 78121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victor & Juanita Garcia**
**1881 Shepherd Path**
**New Braunfels, TX 78130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Victoria & Andy Rodriguez**
**918 Merrit Drive**
**Lockhart, TX 78644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vincent & Cindy Bellino**
**277 Saddle Lane**
**Floresville, TX 78114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Vladimir Paez & Maiyelys Rubio**
**153 Northridge**
**New Braunfels, TX 78132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**VR & Susan Matta**
**1201 Kiser Lane**
**Marion, TX 78124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**W-3 Construction LLC**
**1600 Appling Road**
**Kingsbury, TX 78638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Potential warranty claimant - dealer**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Warren & Brenda Dickens**
**212 Fischer Dr.**
**Boerne, TX 78006**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,286.85 |
|---|---|---|---|

**Wells Fargo Bank, NA**
**Wells Fargo Card Services**
**PO Box 10438 MAC F8235-02F**
**Des Moines, IA 50306-0438**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit card balance__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Whitney & Freddie Cole**
**4964 Prairie Summit**
**Seguin, TX 78155**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Will & Stephanie Sieckenius**
**4379 CR 301**
**Knippa, TX 78870**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Bennett**
**509 Sassman Rd**
**Marion, TX 78124**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claimant - dealer__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Mccorkle Jan Harper**
**109 Gregorio Garcia**
**Blanco, TX 78606**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Vasbinder**
**7191 Schultz Rd.**
**Elmendorf, TX 78112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Potential warranty claimant__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,800.67** |
|---|---|---|---|

**Willscot Mobile Mini**
**PO Box 91975**
**Chicago,, IL 60693-1975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Former Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Yolanda Feldstein**
**25667 Green River Road**
**San Antonio, TX 78260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Yusimil Rojas**
**11827 Silver Coins**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zac Beck**
**435 Crest Circle Dr. San**
**Marcos, TX 78666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Potential warranty claimant__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Art Aguilar Law Firm PC**<br>**18001 Hwy 105 W Ste 102**<br>**Montgomery, TX 77356** | Line __3.563__<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Barclays Bank Delaware**<br>**Attn: CEO, President, Officer**<br>**125 South West Street**<br>**Wilmington, DE 19801** | Line __3.38__<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Barr Credit Services, Inc.**<br>**3444 N County Club Rd #200**<br>**Tucson, AZ 85716** | Line __3.551__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Biehl & Biehl Inc.**<br>**325 E Fullerton Ave**<br>**Carol Stream, IL 60188** | Line __3.427__<br>☐ Not listed. Explain ____ | __ |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.5**    **Biehl & Biehl Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL 60188-7410** | Line **3.427**<br><br>☐ Not listed. Explain ____ | _ |
| **4.6**    **Brian J Comarda**<br>**1900 West Loop South Ste 1000**<br>**Houston, TX 77027** | Line **3.209**<br><br>☐ Not listed. Explain ____ | _ |
| **4.7**    **Essential Funding**<br>**c/o Ronnie Humphries, Agent & VP**<br>**4750 Moody Blvd E. Ste 226**<br>**Bunnell, FL 32110** | Line **3.199**<br><br>☐ Not listed. Explain ____ | _ |
| **4.8**    **Germany Law PLLC**<br>**1250 NE Loop 410 Ste 725**<br>**San Antonio, TX 78209** | Line **3.650**<br><br>☐ Not listed. Explain ____ | _ |
| **4.9**    **Greg W. Johnson PE**<br>**c/o Heimer FP Ltd. & Hollmig FP Ltd.**<br>**170 Hollow Oak**<br>**New Braunfels, TX 78132** | Line **3.237**<br><br>☐ Not listed. Explain ____ | _ |
| **4.10**    **Hajoca Corp dba Moore Supply**<br>**c/o Barnett & Garcia PLLC**<br>**3821 Juniper Trace Ste 108**<br>**Austin, TX 78738** | Line **3.493**<br><br>☐ Not listed. Explain ____ | _ |
| **4.11**    **Heritage Pool Supply Group, Inc.**<br>**c/o GRSM50**<br>**3D International Tower**<br>**1900 West Loop South, Ste 1000**<br>**Houston, TX 77027** | Line **3.209**<br><br>☐ Not listed. Explain ____ | _ |
| **4.12**    **Imate Composites**<br>**c/o Hector A Beltran**<br>**1401 N. Kansas St**<br>**El Paso, TX 79902** | Line **3.250**<br><br>☐ Not listed. Explain ____ | _ |
| **4.13**    **Kapitus LLC**<br>**2500 Wilson Blvd Ste 350**<br>**Arlington, VA 22201** | Line **3.343**<br><br>☐ Not listed. Explain ____ | _ |
| **4.14**    **NBU Service Center**<br>**Attn: Bankruptcy**<br>**355 FM 306**<br>**New Braunfels, TX 78130** | Line **3.512**<br><br>☐ Not listed. Explain ____ | _ |
| **4.15**    **Spectrum**<br>**Attn: SMB Bankruptcy**<br>**1600 Dublin Rd**<br>**Columbus, OH 43215** | Line **3.637**<br><br>☐ Not listed. Explain ____ | _ |
| **4.16**    **Spectrum**<br>**PO Box 223085**<br>**Pittsburgh,, PA 15251** | Line **3.637**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.17 **Texas Pool Supply**<br>**4117 Commercial Center Dr Ste 100**<br>**Austin, TX 78744** | Line **3.209**<br>☐ Not listed. Explain ____ | _ |
| 4.18 **Wells Fargo**<br>**Attn: CEO, President, Officer**<br>**420 Montgomery St**<br>**San Francisco, CA 94104-1298** | Line **3.719**<br>☐ Not listed. Explain ____ | _ |
| 4.19 **Wells Fargo Bank NA**<br>**Attn: Bankruptcy**<br>**1 Home Campus MAC x2303-01a 3rd Flr**<br>**Des Moines, IA 50328-0001** | Line **3.719**<br>☐ Not listed. Explain ____ | _ |
| 4.20 **Wells Fargo Bank NA**<br>**c/o Thomas M Sellers**<br>**1717 Main St 25th Flr**<br>**Dallas, TX 75201** | Line **3.719**<br>☐ Not listed. Explain ____ | _ |
| 4.21 **Wells Fargo Bank NA**<br>**PO Box 6426**<br>**Carol Stream,, IL 60197-6426** | Line **3.719**<br>☐ Not listed. Explain ____ | _ |
| 4.22 **William C. Little**<br>**301 Main Plaza Ste 372**<br>**New Braunfels, TX 78130** | Line **3.149**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 278,388.89 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,922,639.55 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,201,028.44 |

**Fill in this information to identify the case:**

Debtor name  **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Printer Machine** | |
| | State the term remaining | | **De Lage Landen Financial Services, Inc.** |
| | List the contract number of any government contract | | **111 Old Eagles School Road** **Wayne,, PA 19087** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property 7150 N IH35 New Braunfels, TX 78130. Factory (industrial manufacturing).** | |
| | State the term remaining | **01/31/2025** | **Heimer FP Ltd. & Hollmig FP Ltd.** **Attn: CEO, President, Officer** |
| | List the contract number of any government contract | | **130 S. Seguin Ave Ste 100** **New Braunfels, TX 78130** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Telephone service provider** | |
| | State the term remaining | | **Unified Global Solutions** |
| | List the contract number of any government contract | | **17218 Preston Rd Ste 4400** **Dallas,, TX 75252** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Printer service provider** | |
| | State the term remaining | | **Xworkx** |
| | List the contract number of any government contract | | **11614 Bee Cave Rd. Ste 260** **Austin,, TX 78738** |

**Fill in this information to identify the case:**

Debtor name    **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**          *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | CDO Lonestar Investments, LLC | 7570 N IH35<br>New Braunfels, TX 78130 | Comerica Bank | ■ D   **2.6**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Chris Owens | 495 Koebig Rd<br>Seguin, TX 78155<br>Credit card in Owner's name used for business expenses. | Barclays Bank | ☐ D _____<br>■ E/F   **3.38**<br>☐ G _____ |
| 2.3 | Chris Owens | 495 Koebig Rd<br>Seguin, TX 78155<br>Guarantee | Kapitus LLC | ☐ D _____<br>■ E/F   **3.343**<br>☐ G _____ |
| 2.4 | Chris Owens | 495 Koebig Rd<br>Seguin, TX 78155<br>Guarantee | Libertas Funding, LLC | ☐ D _____<br>■ E/F   **3.393**<br>☐ G _____ |
| 2.5 | Chris Owens | 495 Koebig Rd<br>Seguin, TX 78155<br>Guarantee | Ascentium Capital | ■ D   **2.3**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|

**◼ Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Chris Owens** | **495 Koebig Rd Seguin, TX 78155 Guarantee.** | **Comerica Bank** | ◼ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Chris Owens** | **495 Koebig Rd Seguin, TX 78155 Guarantee** | **Florida Water Products Inc** | ☐ D _____ <br> ◼ E/F __3.209__ <br> ☐ G _____ |
| 2.8 | **Chris Owens** | **495 Koebig Rd Seguin, TX 78155 Guarantee** | **Essential Funding** | ☐ D _____ <br> ◼ E/F __3.199__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **LoneStar Fiberglass Components of Texas, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ☑ Operating a business<br>**LFC & LSP & WPG 2024 P&L Stmt Cash Basis**<br>☑ Other | **$4,222,478.07** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>**LFC & LSP 2023 P&L Stmt Cash Basis**<br>☑ Other | **$9,606,866.85** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>**LFC & LSP 2022 Tax Returns**<br>☑ Other | **$11,096,823.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Composites One LLC**<br>**955-10 National Pkwy**<br>**Schaumburg, IL 60173** | 09/19/2024<br>10/30/2024<br>11/21/2024 | $14,767.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Essential Funding**<br>**4750 E Moody Blvd, Ste 226**<br>**Bunnell, FL 32110** | 12/09/2024<br>12/16/2024 | $7,875.00 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **First Insurance Funding**<br>**450 Skokie Blvd Ste 1000**<br>**Northbrook, IL 60062** | 10/01/2024<br>10/30/2024<br>12/03/2024 | $7,860.15 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Insurance** |
| 3.4. **Heimer FP Ltd. & Hollmig FP Ltd.**<br>**Attn: CEO, President, Officer**<br>**130 S. Seguin Ave Ste 100**<br>**New Braunfels, TX 78130** | 10/24/2024 | $13,805.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Landlord** |
| 3.5. **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | 09/18/2024<br>09/25/2024<br>10/02/2024<br>10/31/2024 | $14,091.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Taxes** |
| 3.6. **New Braunfels Utilities**<br>**Attn: CEO, President, Officer**<br>**263 Main Plaza**<br>**New Braunfels, TX 78130** | 10/31/2024 | $9,808.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Utility** |
| 3.7. **SCP Distributors, LLC**<br>**109 Northpark Blvd**<br>**Covington, LA 70433** | 09/19/2024<br>09/25/2024<br>10/30/2024<br>10/31/2024<br>11/01/2024<br>11/05/2024<br>11/12/2024<br>11/15/2024<br>11/20/2024<br>11/21/2024 | $12,391.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | LoneStar Fiberglass Components of Texas, LLC | | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Chris Owens**<br>**495 Koebig Rd**<br>**Seguin, TX 78155**<br>**Owner** | **Weekly payroll**<br>**(Gross pay)** | **$207,192.22** | **Salary** |
| 4.2. **Cathlyn Owens**<br><br>**Wife-to-Owner** | **Weekly payroll**<br>**(Gross pay)** | **$62,373.22** | **Salary** |
| 4.3. **Christopher Owens**<br><br>**Son-to-Owner** | **Weekly payroll**<br>**(Gross pay)** | **$46,968.31** | **Salary** |
| 4.4. **Elizabeth Murray**<br><br>**Sister-to-Owner** | **Weekly payroll**<br>**(Gross pay)** | **$101,858.87** | **Salary** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Caterpillar Financial Services Corp**<br>**2120 West End Ave**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | **2021 Caterpillar25903 Compact Track Loader SIN CW910025**<br>**2021 Caterpillar315FLCR Hydraulic Excavator S/N TDY10035**<br>**Caterpillar Hydraulic Hammer**<br><br>**M&E set for auction commencing December 20, 2024** | **10/15/2024** | **$162,000.00** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Debtor | LoneStar Fiberglass Components of Texas, LLC | Case number *(if known)* | |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **David Moreau and Sharon Moreau vs. Lonestar Pools of TX, LLC and Lonestar Fiberglass Pools, LLC**<br>**C2024-1894C** | **Contract** | **District Court - Comal County**<br>**Attn: Clerk of the Court**<br>**150 N. Seguin Ave Ste 3009**<br>**New Braunfels, TX 78130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **City Electric Supply Company vs Lonestar Pools of TX, LLC**<br>**1225574** | **Contract** | **County Civil Court**<br>**Attn: Clerk of the Court**<br>**201 Caroline Ste 300**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3. | **Markus Heitkoetter vs. Lonestar Pools of TX, LLC**<br>**24-2625** | **Civil** | **Hays County District Clerk's Office**<br>**Hays County Government Center**<br>**712 S. Stagecoach Trail Ste 2211**<br>**San Marcos, TX 78666** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Libertas**<br>**240902497** | **Judgment entered** | **Utah**<br>**3636 Constitution Blvd**<br>**Salt Lake City, UT 84119** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Kapitus** | **Complaint filed** | **Virginia Beach**<br>**2425 Nimmo Pkwy**<br>**Virginia Beach, VA 23456** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **ResTex Composites, Ltd., vs. LoneStar Fiberglass Pools, LLC**<br>**C2024-1620E** | **Civil** | **Comal County District Court**<br>**150 N Seguin Ave**<br>**New Braunfels, TX 78130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Hacoca Corporation dba Moore Supply Company vs Lonestar Fiberglass Components of Texas and Christopher Owens**<br>**2024CV0384** | **Civil** | **Comal County District Court**<br>**150 N Seguin Ave**<br>**New Braunfels, TX 78130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Bear Oil Company vs Lonestar Pools of Texas, LLC**<br>**2024CV02475** | **Civil** | **Bexar County Court 10 Courthouse**<br>**100 Dolorosa, Basement**<br>**San Antonio, TX 78205** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Imate Composites and Logistics, LLC vs. Lonestar Fiberglass Components of Texas, LLC**<br>**C2024-1411D** | **Civil** | **Comal County District Court**<br>**150 N Seguin Ave**<br>**New Braunfels, TX 78130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Florida Water Products, Inc dba Texas Pool Supply vs Lonestar Pools of Texas dba Lonestar Fiberglass Pools, Christopher Owens**<br>**C2023-2368A** | **Civil** | **Comal County District Court**<br>**150 N Seguin Ave**<br>**New Braunfels, TX 78130** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | Case number *(if known)* | |
|---|---|---|---|

☑ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Fox Law Corporation, Inc.**<br>**17835 Ventura Blvd Ste 306**<br>**Encino, CA 91316** | | **November 19, 2024** | **$50,000.00** |
| | Email or website address<br>**srfox@foxlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Lonestar Pools of TX** | | | |
| 11.2. | **Villa & White LLP**<br>**Morris E "Trey" White III**<br>**100 NE Interstate 410 Loop Ste 615**<br>**San Antonio, TX 78216** | | **December 19, 2024** | **$1,800** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor   **LoneStar Fiberglass Components of Texas, LLC**          Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Lonestar Pools of TX LLC 7570 N IH35 New Braunfels, TX 78130 | The Debtor merged its related co-entities, including Lonestar Pools of TX LLC, Wicked Pool Guys fdba Lonestar Fiberglass Pools, and Lonestar Fiberglass Components of Texas, LLC into the merged Debtor. | November, 2024 | $0.00 |
| | Relationship to debtor Former related entities | | | |

---

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name and addresses**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

| Debtor | **LoneStar Fiberglass Components of Texas, LLC** | | Case number *(if known)* | |

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- [x] No. Go to Part 10.
- [ ] Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- [ ] None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Comerica Bank**<br>**1717 Main St**<br>**Dallas, TX 75201** | **XXXX-2241** | [x] Checking<br>[ ] Savings<br>[ ] Money Market<br>[ ] Brokerage<br>[ ] Other___ | **March, 2024** | **$0.00** |
| 18.2. | **Comerica Bank**<br>**1717 Main St**<br>**Dallas, TX 75201** | **XXXX-2233** | [x] Checking<br>[ ] Savings<br>[ ] Money Market<br>[ ] Brokerage<br>[ ] Other___ | **March, 2024** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- [x] None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- [x] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

- [ ] None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Employees**<br>**7570 N IH35**<br>**New Braunfels, TX 78130** | **7570 N IH35**<br>**New Braunfels, TX 78130** | **Small personal items personnel keep in office at work** | **$0.00** |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | LoneStar Fiberglass Components of Texas, LLC | Case number *(if known)* | |
|---|---|---|---|

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Crystal Mishler**<br>**1111 North Walnut**<br>**New Braunfels, TX 78130** | **April - August, 2023** |
| 26a.2.  **Lisa Hutto**<br>**13330 Tusayan**<br>**Universal City, TX 78148** | **December, 2023 -<br>March, 2024** |

Debtor    **LoneStar Fiberglass Components of Texas, LLC**                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.3.   **Tammy Broadlick**<br>**50 Chastain Cir**<br>**Newnan, GA 30263** | **November, 2024 -**<br>**Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Brandon Oehlke, CPA**<br>**107 S River St**<br>**Seguin, TX 78155** | **2011 - April, 2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Comerica Bank**<br>**39200 Six Mile Road MC 7578**<br>**Livonia, MI 48152** | **July, 2023.**<br>**Comerica did an**<br>**audit or review of**<br>**the Debtor's books.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Tammy Broadlick**<br>**50 Chastain Cir**<br>**Newnan, GA 30263** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Chris Owens** | **Periodically ongoing** | **Dollar values not determined during process. Debtor inventories finished pools, resins, and other materials on hand.** |

| Name and address of the person who has possession of inventory records |
|---|
| **Chris Owens**<br>**495 Koebig Rd**<br>**Seguin, TX 78155** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Debtor | LoneStar Fiberglass Components of Texas, LLC | Case number *(if known)* | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Chris Owens | 495 Koebig Rd Seguin, TX 78155 | Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|------|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Chris Owens 495 Koebig Rd Seguin, TX 78155 | $207,192.22 | Weekly payroll (Gross pay) | Salary |
| | Relationship to debtor Owner | | | |
| 30.2. | Cathlyn Owens | $62,373.22 | Weekly payroll (Gross pay) | Salary |
| | Relationship to debtor Wife-to-Owner | | | |
| 30.3. | Elizabeth Murray | $101,858.87 | Weekly payroll (Gross pay) | Salary |
| | Relationship to debtor Sister-to-Owner | | | |
| 30.4. | Christopher Owens | $46,968.31 | Weekly payroll (Gross pay) | Salary |
| | Relationship to debtor Son-to-Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **LoneStar Fiberglass Components of Texas, LLC** _____    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 19, 2024** _____

**/s/ Chris Owens** _____          **Chris Owens** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Texas

In re  **LoneStar Fiberglass Components of Texas, LLC**
Debtor(s)

Case No. _____
Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................... $     **50,000.00**

   Prior to the filing of this statement I have received ............... $     **50,000.00**

   Balance Due ................................................................................. $     **0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

12 / 19 / 2024
*Date*

/s/ Chris Owens
Chris Owens, Managing Member
7570 N IH35
New Braunfels, TX 78130

12 / 19 / 2024
*Date*

/s/ Steven R. Fox
Steven R. Fox
The Fox Law Corporation, Inc.
17835 Ventura Blvd Ste 306
Encino, CA 91316

# United States Bankruptcy Court
### Western District of Texas

In re __LoneStar Fiberglass Components of Texas, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Chris Owens**<br>**495 Koebig Rd**<br>**Seguin, TX 78155** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __December 19, 2024__

Signature __/s/ Chris Owens__

__Chris Owens__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Texas

In re    **LoneStar Fiberglass Components of Texas, LLC**      Case No. _____

                           Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 19, 2024** _____       **/s/ Chris Owens** _____

                                                 **Chris Owens**/**Managing Member**
                                                 Signer/Title

# United States Bankruptcy Court
## Western District of Texas

In re __LoneStar Fiberglass Components of Texas, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __LoneStar Fiberglass Components of Texas, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

12 / 19 / 2024
_____
Date

/s/ Chris Owens
_____
**Chris Owens, Managing Member**

.

1st Call Leasing Texas LLC
PO Box 1059
La Vernia, TX 78121


Abraham & Jacqueline Garcia
9311 Laural Grove
San Antonio, TX 78250


Adam & Megan Brodeur
2014 Kalli Jo Ln
New Braunfels, TX 78130


Advanced Design
PO Box 1343
Bentwood, TN 37027


Alane & Ed LeDoux
129 Trail Boss
Lavernia, TX 78121


Alejandro Luna
1160 Limestone Way
New Braunfels, TX 78132


Alfonso Rocha Trucking
3231 Owenwood Dr
San Antonio, TX 78264


Alfred Gonzales
208 Turkey Tree
Cibolo, TX 78108


Alfred Guerra Jr.
9622 Wind Dancer
San Antonio, TX 78251


Ally Bank
Attn: CEO, President, Officer
200 W. Civic Center Dr
Sandy, UT 84070


Ally Financial
PO Box 380901
Minneapolis, MN 55438

Ally Financial
Attn: Legal, BK
200 Renaissance Center
Detroit, MI 48243


Amadeo & Elena Villanueva
827 Deep Cloud Drive
New Braunfels, TX 78130


Amanda & James Aultman
3503 Tscheope Road
Seguin, TX 78155


Amanda & Michael Tratnik
2625 Dove Crossing Drove
New Braunfels, TX 78130


Ana Bueno
104 Mountain Springs
Boerne, TX 78006


Andrea Guevara
104 Abrego Mount
Floresville, TX 78144


Andrew & Olivia Frumin
569 Damar Drive
Canyon Lake, TX 78133


Andrew Calhoun
406 Forest Ridge Drive
Kerrville, TX 78028


Angela Blatz
543 Enchanted Oak Drive
Lavernia, TX 78121


Angela Jones - Julie Hoshizaki
376 CR 2740
Mico, TX 78056


Anna Panek
322 Toucan Dr
Spring Branch, TX 78070

Annette Gonzales
216 S. Calvin Barret
Blanco, TX 88606

Anthony Moore
305 Sigel Ave
New Braunfels, TX 78132

Anthony Neugebauer & Valerie Alonzo
202 Rilla Vista Dr.
San Antonio, TX 78216

Antonia & Wesley Singleton
620 Stonewood Ln
Buda, TX 78610

Antonio Mendez
7227 Lamb Road
San Antonio, TX 78240

Apache Disposal Inc
PO Box 470
Marion, TX 78124

Aqua Blue Builders
6601 CR 7620
Lubbock, TX 79464

Aquaman Pools of Texas
350 CR 473
Thrall, TX 76578

Arianna & Donna Aloia
315 Woodcock Lane
Canyon Lake, TX 78133

Armando Trevino
2001 West French Place
San Antonio, TX 78201

Art Aguilar Law Firm PC
18001 Hwy 105 W Ste 102
Montgomery, TX 77356

Ascentium Capital
23970 US Highway 59N
Kingwood, TX 77339


AT&T
PO Box 105414
Atlanta,, GA 30348


Audrey Zuber
104 Rhine Street
Boerne, TX 78006


Automation Designs
PO Box 1641
San Marcos,, TX 78667


Avory & Lee Adams
237 Lange Ravine Road
Hunt, TX 78024


Baily Contracting LLC
4202 Secretariat
Snow Hill, MD 21863


Barbara Bustos
1178 Vista Bonita
New Braunfels, TX 78130


Barbara Mayhew
900 FM 32
Wimberly, TX 78676


Barbra Foley
9411 Gold Hill Dr
San Antonio, TX 78245


Barclays Bank
Attn: Litigation & Recovery
PO Box 8833
Wilmington, DE 19899-8833


Barclays Bank Delaware
Attn: CEO, President, Officer
125 South West Street
Wilmington, DE 19801

Barr Credit Services, Inc.
3444 N County Club Rd #200
Tucson, AZ 85716


Bear Oil Company Inc
12015 North Loop Rd
San Antonio,, TX 78216


Ben & Temi Adeeyinwo
8639 Hedford Flats
San Antonio, TX 78254


Benito & Velia San Roman
9110 Silver Vista
San Antonio, TX 78254


Benny & Rebecca Sorola
4633 Flagstone Drive
Schertz, TX 78154


Bent Leaf Outdoor Design
2801 Bowie
Amarillo, TX 79109


Bernard & Tanya Kendall
344 Amaryllis
New Braunfels, TX 78132


Best Version Media
PO Box 735620
Dallas,, TX 75373


Bethany Estrada
1001 MAgnolia St
Lockhart, TX 78644


Bethany Raymer
212 North Cherry Street
Fredricksburg, TX 78625


Beverly Howton
232 Bluff Creek Dr.
Lavernia, TX 78121

Biehl & Biehl Inc.
325 E Fullerton Ave
Carol Stream, IL 60188


Biehl & Biehl Inc.
PO Box 87410
Carol Stream, IL 60188-7410


Bill & Karyn Boyle
2502 Indian Ridge Drive
San Antonio, TX 78231


Bill & Kathleen Tate
127 Las Brisas
Seguin, TX 78155


Bill Flores
538 Sea Headrig Drive
Cibolo, TX 78108


Blake Bertling Equipment Rental
851 IH-10
Seguin,, TX 78155


Blake Johnson
125 Rosinweed Dr.
Spring Branch, TX 78070


Blue Bottom Pools
601 E. Whitestone BLVD
Cedar Park, TX 78613


Blue Springs Pool & Construction LLC
1505 Central Expressway
Lampases, TX 76550


Blue Star Pools LLC
3520 Woodrow Road #98
Lubbock, TX 79423-4612


Bo Winston
3633 Ranger Creek Rd
Boerne, TX 78006

Bob & Monique Moore
5700 Sunshine Peak
San Antonio, TX 78244

Bob Carifee
835 Camelback Drive
New Braunfels, TX 78130

Brad Balthrop
108 N. Tranquility Dr
Lavernia, TX 78121

Brain Christensen
8532 Phoenix Ave.
Selma, TX 78154

Brandon & Laura Lamb
620 Haven Point
New Braunfels, TX 78132

Brandon & Lisa Mund
64 Hunters Points
New Braunfels, TX 78130

Brent & Stephanie Sheehan
101 Taylor Road
Adkins, TX 78101

Brian & Ann Kentta
3203 Harvest Crest
Marion, TX 78124

Brian & Jill Adams
154 Saldana Drive
Cedar Creek, TX 78612

Brian Archibald
7439 Obbligato Lane
San Antonio, TX 78266

Brian J Comarda
1900 West Loop South Ste 1000
Houston, TX 77027

Brian Kenefick
122 Arcadia Place
Cibolo, TX 78108


Brian or Renee Stigall
300 Hueco Ridge
New Braunfels, TX 78132


Brian Thornburg
429 Paradise Hills
New Braunfels, TX 78130


Brody Kirby
2802 County Road 414
Spicewood, TX 78669


Bryan Dudman
5974 County Rd 444
Waelder, TX 78959


C.H. Van Gundy Heavy Haul LLC
7817 E IH 10
Seguin,, TX 78155


Calvert Wallace
106 Chaparral Creek Dr
Boerne, TX 78006


Camille Tyler
1780 Quail Hill Drive
Spring Branch, TX 78070


Candice Graham
520 Chock
New Braunfels, TX 78132


Carl & Mary Pressler
1547 Pressler Road
Fredricksburg, TX 78624


Carlos & Brenda Olvera
11502 Sweet Destiny
San Antonio, TX 78253

Carlos & Nelson Rodriguez-Vega
20431 Lorena Crossing
San Antonio, TX 78264


Cary & Alta Nunnelly
202 Brian Dr
Pleasanton, TX 78064


Caterpillar Financial Services Corp
2120 West End Ave
PO Box 340001
Nashville, TN 37203-0001


CDO Lonestar Investments, LLC
7570 N IH35
New Braunfels, TX 78130


Central TX Regional Mobility Authority
PO Box 734182
Dallas,, TX 75373


Cesar & Mirelia Arguelles
1622 Copperfield
San Antonio, TX 78251


Cesar Garcia.
2305 E. FM 1518 N
Schertz, TX 78154


Chad & Melanie Salas
1320 Bordeaux lane
New Braunfels, TX 78132


Charles & Floria Roberts
7622 Dyewood
San Antonio, TX 78249


Charles & Rhonda West
1504 Hurst Creek Rd.
Austin, TX 78734


Chris & Jessica Smart
150 Wilhem Way
Upland, TX 78640

Chris & Stacie Borrero
132 Silverado
New Braunfels, TX 78132

Chris Gomez
319 Michelson Lane
New Braunfels, TX 78130

Chris Klepinger
1561 Cattail
Canyon Lake, TX 78133

Chris Owens
495 Koebig Rd
Seguin, TX 78155

Chris Wardlaw
650 Rocky Creek Rd.
Dripping Springs, TX 78320

Christone & Ramon De La Cruz
240 Parkrose Drive
Buda, TX 78610

CHRISTOPHER & TRACY MEEK
2416 WOODBRIDGE WAY
Schertz, TX 78154

Christopher Kurtz
108 Willow View
Cibolo, TX 78108

Christopher Walston
108 Ranchers Way
Floresville, TX 78114

Cindy Summerfield
2468 Dove Crossing Dr.
New Braunfels, TX 78130

Cindy Vidrine
117 Ranger Point
Adkins, TX 78101

Cintas Corporation
PO Box 88005
Chicago,, IL 60680

City Electric Supply
PO Box 131811
Dallas,, TX 75313

Clarence & Julie Smith
1320 Trail Bluff
New Braunfels, TX 78132

Clarke Guy
513 Turnberry Way
Cibolo, TX 78108

Clay & Rebecca Hohertz
2420 Jolley Rd - County Rd 230
Maxwell, TX 78656

CLC Contractors
1270 Lincoln hwy
Bristoal, PA 19007

Clifford Reams
901 Hidden Cove
Converse, TX 78109

Clutch Marketing
9601 Ian Dr
Amarillo,, TX 79101

CMI
6704 Guada Coma
Schertz,, TX 78154

CNA Surety
PO Box 957312
St Louis,, MO 63195

Coby & Ana Randolph
1151 Heritage Hill
Canyon Lake, TX 78133

Cody Sobeczek
3739 Southton View
San Antonio, TX 78222

Comal County Tax Office
205 North Seguin Ave
New Braunfels, TX 78130

Comal County Tax Office
PO Box 659480
San Antonio,, TX 78265-9480

Comerica Bank
Attn: CEO, President, Officer
1717 Main St
Dallas, TX 75201

Comerica Bank
39200 Six Mile Road MC 7578
Livonia, MI 48152

Composites One LLC
4526 Paysphere Circle
Chicago,, IL 60674

Connie Gomez
1201 Crooked Road
Dale, TX 78616

Cool Pools
4301 Region Park Dr #5B Fort
Smith, AR 72916

Corporation Service Company
c/o The Citizens Bank
251 Little Falls Dr
Wilmington, DE 19808

Cory & Jenny Williams
555 Cattlemans Lane
Marion, TX 78124

Cost Plus Pools
5630 Maurice Bell
El Paso, TX 79932

CoTechno Group
1942 IH35 South, Unit 107
San Marcos,, TX 78666

Courtney & Keith Helford
2047 Watterson Rd.
Redrock, TX 78662

CR Concrete, LLC
1307 Stacy Ln #96
San Marcos,, TX 78666

Craig Harmon
8234 Bending Tree
San Antonio, TX 78254

Cris & Jeanette Villarreal
554 Englewood Lane
Castroville, TX 78009

Criselda Trevino
8215 Brightstone
San Antonio, TX 78250

Crystal & Merle Mishler
2513 Stetson
New Braunfels, TX 78130

Crystal Clear SUD
2370 FM 1979
San Marcos, TX 78666-2100

Cynthia Cuevas
3963 County Rd 319
Lavernia, TX 78121

Cynthia Simper
120 Crescent Ridge
Adkins, TX 78101

D. Lee & Caryne Edwards
311 Hunters Creek Drive
New Braunfels, TX 78132

Dale Martyn
428 Colorado Dr.
Cedar Creek, TX 78612

Damian & Veronica Reyes
9208 Holly Star
Helotes, TX 78023

Dan & Robyn Curry
7310 Moss Brook Cove
San Antonio, TX 78255

Dan Gembarowski
401 First St.
Schertz, TX 78154

Dana Benavides
1303 Lower Seguin
Marion, TX 78124

Daniel Fountain
9927 Wind Dancer
San Antonio, TX 78251

Danielle Whitaker
325 Dove Hollow Drive
Kyle, TX 78640

Darla Wallace
13478 FM 1117
Seguin, TX 78155

Daron Standard
3468 CR 402
Flatonia, TX 78941

Darrel & Dana Wagner
1303 Canyon Edge
Canyon Lake, TX 78133

Darrell & Candice Polasek
369 Rodreguez Acres
Jourdanton, TX 78026

Darren & Belinda Briggs
158222 Hill Lane
Selma, TX 78154


Darren Bernaix
929 San Fernando Lane
New Braunfels, TX 78132


Dave & Carrie Garza
27410 Parkweg Loop
New Braunfels, TX 78132


Davey & Vanessa Holmes
126 Horseshoe Cove
Kyle, TX 78130


David & Bonnie Munoz
10947 West Cave Blvd
Dripping Springs, TX 78620


DAvid & Carmen Rosario
132 Town Creek Way
Cibolo, TX 78108


David & Cindy Jennings
233 Gruene Haven
New Braunfels, TX 78132


David & Jolyn Grothues
175 Byrd Rd.
Pleasanton, TX 78064


David & Sheri Colbath
7606 Elm Creek Road
Seguin, TX 78155


David and Sharon Moreau
2251 Granada Hills
New Braunfels,, TX 78132


David Arias
9638 Campton Farms
San Antonio, TX 78250

David DeWitt
725 Hollow Ridge
Cibolo, TX 78108

David Dunnam
360 Lily St.
Spring Branch, TX 78070

David Ervin
163 Pleasant Ln.
New Braunfels, TX 78132

David Garza
1626 Clover Ridge
Pleasanton, TX 78064

David Goff
10709 Barnsford Lane
Helotes, TX 78023

David Guthrie
178 Cotton Drive East
Comfort, TX 78013

David Noriega & Dora Gonzalez
135 Private Road
Mico, TX 78053

David Olvera
11527 Isla Way
San Antonio, TX 78130

Dawn or Trevor Aberle
133 Copper Creek Dr.
Lavernia, TX 78121

Dawn Sheridan
2018 Ridgeview San
Marcos, TX 78666

De Lage Landen Financial
Attn: CEO, President, Officer
8001 Birchwood Ct PO Box 2000
Johnston, IA 50131

De Lage Landen Financial
Attn: Litigation & Recovery Dept
1111 Old Eagle School Rd
Wayne, PA 19087


De Lage Landen Financial Services, Inc.
111 Old Eagles School Road
Wayne,, PA 19087


Dean Kinsey
121 E. Ashton Blvd
Floresville, TX 78114


Debra Lara
1298 Still Meadow Rd.
Seguin, TX 78155


Debra Rose
1933 Squire Circle
New Braunfels, TX 78130


Decipher IT
1397 Timberhill Drive
New Braunfels,, TX 78132


DeDee Bennes
434 Oak Springs Dr.
Seguin, TX 78155


DeLage Financial
PO Box 825736
Philadelphia, PA 19182-5736


Dena Iden
14809 Hyson Crossing
Pflugerville, TX 78728


Dennis & Bonnie Neumann
445 Oak Springs Drive
Seguin, TX 78155


Derek Staedtler
1010 Jenschke-Staats Road
Fredricksburg, TX 78625

Diana Dorjas
9406 Yett
San Antonio, TX 78221

Diane Peterson
2704 Nueva Cordova
Seguin, TX 78155

Dione Albert
900 Dry Cypress Ranch
Wimberly, TX 78676

Dixie Mark (Hall)
1922 Ranch Road 165
Blanco, TX 78606

Dixie Russell
106 Turney St
Smithville, TX 78957

Dole Gonzalez
2204 Geneva St.
Castroville, TX 78009

Don & Leslie Smith
103 LaSalle Pl.
Universal City, TX 78148

Don & Lorena Cates
11234 Thorn Apple
San Antonio, TX 78253

Donald & Stacy Kagebein
13061 Old Corpus Christi Rd.
San Antonio, TX 78112

Donna Tuggle
308 Muse Dr.
Spring Branch, TX 78070

Double M Construction
7319 N. Loop 1604 E #126
Live Oak,, TX 78233

Doug Burchard
6926 Crested Quail
San Antonio, TX 78250


Doug Claussen
5226 Fawn Dr.
Waelder, TX 78959


Doug Scherber
26052 Stone Canyon
San Antonio, TX 78260-2403


Dr. Jose Arroyo
12306 Sagerider
San Antonio, TX 78254


Duley Dawson
4686 Barbarossa Rd.
Seguin, TX 78155


Dump Truck Services
PO Box 511
Schertz,, TX 78154


Dustin & Danielle Waters
133 Laurel Way
Kerrville, TX 78028


Dustin Hunt
27104 Sherwood Forest
San Antonio, TX 78260


Dwayne & Sherrie James
108 North Calvin Barrett
Blanco, TX 78606


Eddy & Stephanie Barker
311 Indigo Run
San Antonio, TX 78163


Edward & Lori Mangiero
8449 Lajitas Bend
San Antonio, TX 78254

Elizabeth Alvarado
12503 Swtichgrass
San Antonio, TX 78252


ELIZABETH THORNTON
444 Flint Rock Lane
Seguin, TX 78155


Eneida Hamilton
13157 Hallie Chase
Schertz, TX 78154


Eric Chappell
3130 Sunset Cove
New Braunfels, TX 78130


Erika Gonzales
10085 fm 775
Lavernia, TX 78121


Erika Sanchez
419 Stone Gate Drive
New Braunfels, TX 78130


Ervin Talley
10485 Hunter Heights
Schertz, TX 78154


Essential Funding
4750 E Moody Blvd, Ste 226
Bunnell, FL 32110


Essential Funding
c/o Ronnie Humphries, Agent & VP
4750 Moody Blvd E. Ste 226
Bunnell, FL 32110


Eugene Rieder
3605 Blue Cloud Drive
New Braunfels, TX 78130


Evaristo Rivera
124 Willow Oak Trail
Floresville, TX 78114

Ewing Irrigation Products Inc
3441 E Harbour Dr
Phoenix,, AZ 85034


Exxon
PO Box 6293
Carol Stream, IL 60197


Fastenal Company
PO Box 1286
Winona,, MN 55987


Fernando Martinez
305 Cheeked Pintail
San Antonio, TX 78253


Fire Recovery USA
2271 Lava Ridge Ct Ste 120
Roseville,, CA 95661


First Citizens Bank & Trust Co
2600 Cannon Road
Cleveland, OH 44146


Flamingo Pools
612 West Nolana Ave STE 425
McAllen, TX 78537


Florida Water Products Inc
dba Texas Pool Supply
5069 Savarese Circle
Tampa, FL 33634


Forrest & Rikkita Hughes
27502 Fels Mauer Blvd
New Braunfels, TX 78132


Fortress V&O Concrete LLC
6733 Broad Brook Dr
Austin,, TX 78747


Frank & Adriana Sanchez
1318 Jerad St.
New Braunfels, TX 78130

Frank Corn
424 Saddle Mountain Dr.
Boerne, TX 78006


Frank Sughrue
5118 Barth Rd
Lockhart, TX 78644


Fred & Lori Anderson
1233 Nickle Creek
New Braunfels, TX 78130


Frontier Bulk Water Delivery
1885 FM 1980
Marble Falls,, TX 78654


Gabriel & Alyson Guerrero
189 Barron Estate Cv
Lockhart, TX 78644


Gallaway Safety & Supply
205 Carlton Drive
Eighty Four,, PA 15330


Garrick Herbert
886 Winding Oak Dr
New Braunfels, TX 78132


Gary Springer
100 High Ridge Circle San
Marcos, TX 78666


Genevie &Jesus Montanez
148 N Water LAne
New Braunfels, TX 78130


Gerald & Christina Stautzenberger
2286 Sun Chase Blvd
New Braunfels, TX 78130


Gerard Van Den Dries
164 Redus Rdg
Lakehills, TX 78063

Germany Law PLLC
1250 NE Loop 410 Ste 725
San Antonio, TX 78209


Gilbert & Connie Moreno
900 S. Madison Ave
Beeville, TX 78102


Glenda & Steve Wilson
2716 Rolling Oaks
San Marcos, TX 78666


Glenda & Teresa Sweeney
244 East Ammann Road
Bulverde, TX 78163


Glenda Martin
3820 Coughran Rd.
Pleasanton, TX 78064


Glenn & Margaret Lynch
2324 County Road 347
Lavernia, TX 78121


Graves Dougherty Hearon & Moody PC
Attn: Haily L. Suggs
401 Congress Ave Ste 2700
Austin, TX 78701


Graybar Financial
PO Box 5066 H
Hartford,, CT 06102


Greg & Mary Kruciak
214 Wood Valley Dr.
Adkins, TX 78101


Greg Adams
133 Rattle Snake Bluff
Boerne, TX 78006


Greg W. Johnson PE
c/o Heimer FP Ltd. & Hollmig FP Ltd.
170 Hollow Oak
New Braunfels, TX 78132

Gus & Denise Ayala
1263 Pinnacle Pkwy
New Braunfels, TX 78132


Hajoca Corp dba Moore Supply
c/o Barnett & Garcia PLLC
3821 Juniper Trace Ste 108
Austin, TX 78738


Harold & Viola Shaw
19209 FM 471 S.
Natalia, TX 78059


Hector Serrano
4662 Mather Road
Kyle, TX 78640


Heidelberg Materials
PO Box 412345
Boston,, MA 02241


Heimer FP Ltd. & Hollmig FP Ltd.
Attn: CEO, President, Officer
130 S. Seguin Ave Ste 100
New Braunfels, TX 78130


Helle Smith
674 Parkview Drive
Canyon Lake, TX 78132


Henry & Jessica Garza-Hernandez
8611 Sierra Sky
San Antonio, TX 78254


Henry Yzaguirre
8310 Cover Road
San Antonio, TX 78263


Heritage Pool Supply Group, Inc.
c/o GRSM50
3D International Tower
1900 West Loop South, Ste 1000
Houston, TX 77027

Hill Country Waste Solutions, LLC
PO Box 960
Spring Branch,, TX 78070


Holiday Pool of the Ozark
500 Ranch View Ct
Branson, MO 65616


Holiday Time Pools
PO Box 886 114 Orchard Dr
Gentry, AR 72734


Home Depot Credit Services
PO Box 790340
Saint Louis, MO 63179


Hope Paffe
114 Hunters View Circle
Boerne, TX 78006


Houston Foam Plastics
2019 Brooks St.
PO Box 1615
Houston,, TX 77251-1615


Howard Long
361 Coy Lane
Cibolo, TX 78101


IBN Construction Services LLC
10730 Impala Springs
San Antonio,, TX 78245-2791


Ilya Kuklin
12709 Iron Bridge Dr
Manchaca, TX 78652


IMATE Composites
6465 Calle Vista Dr
El Paso,, TX 79912


Imate Composites
c/o Hector A Beltran
1401 N. Kansas St
El Paso, TX 79902

Ingram Materials LLC
PO Box 311267
New Braunfels,, TX 78131-1267

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Iron Planet Auctioneers
Attn: CEO, President, Officer
5667 Bigraltar Dr Ste 200
Pleasanton, CA 94588-8528

Ismael Allen
15085 Herring Rd
Atascosa, TX 78002

Ivey Construction
PO Box 98
Kingsland, TX 78639

Jacob D Gerberger
11767 Katy Frwy Ste 920
Houston, TX 77079

Jacque Bess
470 Scenic Lullaby
Bulverde, TX 78070

James & Christina Talley
104 Natchez
Poth, TX 78130

James & Dollene Lakey
250 Hester
Nixon, TX 78140

James Ross.
720 E Travis
Luling, TX 78648

Jamie & Jennifer Reiger
719 Galbraith Avenue
Kerrville, TX 78028

Jamie & Magdalenda Hudson-Murray
228 Copper Ridge Dr
Lavernia, TX 78121

Jan Parsons
15628 Chippewa Blvd
Selma, TX 78154

Jana Simmons
3210 Blantyre
Converse, TX 78109

Jane & Roger Stiefer
800 Oak Grove Road
San Marcos, TX 78666

Jaryn & Alyssa Barcheers
3434 Monroe Ave
New Braunfels, TX 78130

Jason & Jessica Gamez
3620 Woodlawn Farms
Schertz, TX 78154

Jason & Melissa Bryant
478 Scenic Lullaby
Bulverde, TX 78163

Jason & Michelle Zormeier
1018 Stradina
New Braunfels, TX 78132

Jason & Tiffany Witherspoon
3505 Willows Ranch
Schertz, TX 78154

Jason Dees
644 Ridge Maze Road
New Braunfels, TX 78130

Jason Haydon
707 Gatlin Creek Rd
Dripping Springs, TX 78620

Jay Ann Quilter
125 Cara Lane
New Braunfels, TX 78130


Jay Beringer
447 Mary Blvd
New Braunfels, TX 78130


Jed Bredemus
8810 Timmermann Cove
Garden Ridge, TX 78266


Jeff & Jenny Park
919 East Crockett Street
San Antonio, TX 78202


Jeff Arnold
839 San Ignacio
New Braunfels, TX 78132


Jeff Harrell
6272 S. Hwy 16 S
Pipe Creek, TX 78063


Jeff Moore
2206 Pinecrest Ct.
Fullerton, CA 92831


Jeff Trcka
8502 Briscoe Fields
San Antonio, TX 78254


Jeffrey Morales
112 Calline Mayes Run
Buda, TX 78610


Jenna Early
304 Lacy Oak Loop  San
Marcos, TX 78666


Jennifer & Jason Heisler
9022 Quaker Ridge
Selma, TX 78154

Jennifer Alvarado
3003 Sand Post Pl  San
Marcos, TX 78666


Jennifer Aquino
26807 Camp Oaks Drive
San Antonio, TX 78260


Jennifer Hernandez-Guerra
13903 Westbury Falls
San Antonio, TX 78253


Jennifer Morris
24058 Old HWY 112,
Cameron, OK 74932


Jennifer Rodriguez
2085 Desiree Street
Canyon Lake, TX 78133


Jennifer Rodriguez.
8615 Jogeva Rise
San Antonio, TX 78251


Jerrold Becklehimer
3209 Molanga Stree
New Braunfels, TX 78130


Jerry & Gretchen Watson
101 Bluebird Rd.
Victoria, TX 77903


Jerry & Helen Wieters
45555 FM 2538
Marion, TX 78124


Jerry Forrest Services
PO Box 311566
New Braunfels,, TX 78131


Jesse & Sandra Flores
27238 Sherwood Forest Drive
San Antonio, TX 78260

Jesse & Vicky Hernandez
1102 Seven Iron Way
San Antonio, TX 78221


Jessica & Jason Bolyard
5740 Columbia
Schertz, TX 78108


Jessica Garza
300 Guadalupe River Drive
Seguin, TX 78155


Jim & Sharyn Hall
166 Bridle Path
Spring Branch, TX 78070


Jim Hoffbauer / Reuben Carranza
3815 Glenellen
San Antonio, TX 78257


Jimmy & Jennifer Olson
1767 Loma Verde Drive
New Braunfels, TX 78130


Joe Cantu
149 Bolerio Dr
Universal City, TX 78148


Joe Kennedy
549 Flower Trail Loop
Floresville, TX 78114


Joe Tyler
29335 FM 3009
New Braunfels, TX 78132


Joel & Clara Hinojosa
2465 Borchert Loop
Lockhart, TX 78644


Joey Barrera
4058 Legend Pond
New Braunfels, TX 78130

John & Cristina Hopkins
200 Cascade Trail
San MArcos, TX 78666


John & Jenny Miller
28425 Sierra Drive
New Braunfels, TX 78132


John & Ruth Cornali
231 Haley Lane
Lavernia, TX 78121


John Czajkowski
139 Woodpecker Run
New Braunfels, TX 78130


John Hopkins
103 Caroline Jasmine San
Marcos, TX 78666


John Maynard & John Drann
368 Butternut Way
New Braunfels, TX 78132


John Thornton
12358 Autumn Vista
San Antonio, TX 78249


John Tippy
6318 Hichory Hollow
Windcrest, TX 78739


John Weber
30450 Beck Rd.
Bulverde, TX 78163


Johnny & Candy Rochester
10825 Rd  Kingsbury,
Kingsbury, TX 78638


Johnny & Margie Hay
5135 Bear Creek Rd.
Pipe Creek, TX 78063

Jolyn Swint
142 Old Iroquois Trail
Lake Hills, TX 78063


Jonathan & Christina Wurzelbacher
1911 Privet Road
New Braunfels, TX 78132


Jonathan & Rebecca Boubel
26059 Scenic Crest Blvd
Boerne, TX 78006


Jonathan amd Micaela Romero
109 Cobalt Cove
Cibolo, TX 78130


Jonathon & Erica Cobb
194 Serrato Cove
Driftwood, TX 78619


Jose & Luis Guerra
6051 Patrick Henry
San Antonio, TX 78223


Jose Bernal
30611 Setterfeld Circle
Fair Oaks Ranch, TX 78015


Jose Dominguez
4589 Windmill
Seguin, TX 78155


Jose R. Guevara
115 Rock Dove Drive
Lytle, TX 78052


Jose Sagastume
15335 Electra Circle
San Antonio, TX 78245


Joseph & Candace Blessing
1623 Sun Canyon Blvd
New Braunfels, TX 78130

Joseph Corona
2500 FM 306
New Braunfels, TX 78132


Joseph Stillwill
105 B Windview Dr.
Boerne, TX 78006


Josh Martin
610 Goldcrest Dr.
Windcrest, TX 78239


Joshua & Crystal Phillips
6627 Palmetto Way
San Antonio, TX 78253


Joshua & Jessica Swisher
12027 White River Road
San Antonio, TX 78254


Joshue & Nicole Regalado
3925 Legend Hill
New Braunfels, TX 78130


JP Morgan Chase Bank NA
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203


JP Morgan Chase Bank NA
Attn: CEO, President, Officer
270 Park Ave
New York, NY 10017


JPG Concrete, Masonry & Pools
2398 County Rd 306
Floresville,, TX 78114


Juan & Armida Alcocer
455 Pikes Peak Road
Kerrville, TX 78028


Juan & Connie Amaya
8443 Parry Path
Converse, TX 78109

Juan & Cynthia Elias
5619 Meadow Sky
New Braunfels, TX 78132


Judy & Ken Eberle
908 Shilloh Road
Bastrop, TX 78602


Justa Garcia
7122 Symphony Lane
San Antonio, TX 78214


Justin Hair
717 Dandelion St
Lockhart, TX 78644


Justin P Fasano
McNamee Hosea
6404 Ivy Lane Ste 820
Greenbelt, MD 20770


Kandi & Brian Barrell
706 Candleglo
Windcrest, TX 78239


Kapitus LLC
120 West 45th Street
4th Flr
New York, NY 10036


Kapitus LLC
2500 Wilson Blvd Ste 350
Arlington, VA 22201


Karen Haywood
16801 Decker Creek Drive
Manor, TX 78653


Karen Ollis
111 Crooked Trail
Bastrop, TX 78602


Karie Kapise
153 Westfield Landing
Lavernia, TX 78121

Karina Hill
149 Neimeitz Cove
Cibolo, TX 78108

Karisha Gomez
929 Private Road 3703
San Antonio, TX 78253

Kathy Thaler
908 Last Gap Lane
Bandera, TX 78003

Keith Osburn
460 Rose Blossom Loop
Lavernia, TX 78121

Keith Pearson
2008 Alyssas Dr
Manchaca, TX 78652

Keith Wilson
2333 Haven Bluff Ct
New Braunfels, TX 78130

Kelli & Matthew Bowler
207 Champions Blvd
Lavernia, TX 78121

Kelly & Michael Mills
5612 Cross Over Road
New Braunfels, TX 78132

Kelsey Stone
9107 Selsey Wheel
San Antonio, TX 78254

Kenneth & Carrie Phipps
1611 Heavens Peak
San Antonio, TX 78258

Kenneth & Treshawn Tanks
153 Bobby Lynn Dr
Adkins, TX 78109

Kerrie Shelton
229 River oaks
Blanco, TX 78606

Kevin Clark
2918 Dreibrondt Rd San
Marcos, TX 78666

Kevin Daly
902 Briarcliff Dr.
San Antonio, TX 78213

Kevin George
1006 Haltown Dr.
San Antonio, TX 78213

Kevin Miller
1044 Calder Rd.
Dale, TX 78616

Kevin Stanton
315 Burnside Dr
San Antonio, TX 78209

Kim & George McInvale
121 Crestway
Floresville, TX 78114

Kim & Glen Anizan
1110 City Street
Pearsall, TX 78061

Kim Frazar
435 Red Bird Loop
Centerpoint, TX 78010

Kimberly & Randall Fitzgerald
7349 NEWMAN BOULEVARD
KYLE, TX 78640

Kings Lawn Outdoor & Pools LLC
6009 Canyon Drive
Amarillo, TX 79110

Kirby Johnson
2208 Deer Run Ridge
New Braunfels, TX 78132

Kirk Frantz
281 Old Antioch Road
Smithville, TX 78957

Kris & Christa Russell
380 Trout Run
Fischer, TX 78623

Kurt & Dawn Burnett
10251 FM 1623
Blanco, TX 86026

Kyle & Barbara Shaw
811 Siesta Dr.
Karnes City, TX 78118

Kyle Suer
277 Orion Dr
New Braunfels, TX 78130

Lake Area Pools
3689 E Cabella Dr
Sulphure, LA 70665

Lance & Larue Rhodes
812 Cula Vista Dr.
Karnes City, TX 78118

Lance & Michelle Kruse
3024 Sandstone Way
New Braunfels, TX 78130

Lanee & Kim Turnbow
2369 N. Ranch Estates
New Braunfels, TX 78130

Larry & Christy Gardner
141 Lacey Oak Loop
San Marcos, TX 78666

Larry & Shana Earls
122 Eugene Sasser
San Antonio, TX 78260

Larry Garrett
6735 Tahama Gate
San Antonio, TX 78223

Larry Yosko
1597 CR 186
Karnes City, TX 78118

Lauren De La Cruz
6222 Donely Place
San Antonio, TX 78247

Laurent & Erica Seck
1004 Williams Way
Cedar Park, TX 78613

Laurian or Kathleen Stoicouiciu
250 Gardner Rd.
Kyle, TX 78640

Lawrence Caveness
22311 White Doe Pass
San Antonio, TX 78255

Lawrence Heap
1402 FM 473
Boerne, TX 78006

Leah Cuellar
109 Leather Oak Loop San
Marcos, TX 78666

Lee Lairmore
27002 Rockwall PArkway
New Braunfels, TX 78132

Leo Camalich
228 Brown Saddle Cove
Driftwood, TX 78619

Leslie Moffett
1260 Lee St.
New Braunfels, TX 78130

Leticia & Sonny Santos
768 FM 2537
San Antonio, TX 78221

Libertas Funding, LLC
Attn: CEO, President, Officer
411 W. Putnam Ave Ste 220
Greenwich, CT 06830

Linda Glass
1241 CR 343
Gonzales, TX 78629

Linda Raschke
PO Box 1472
Kingsland, TX 78639

Lisa Smith
26407 Bentley Run
Boerne, TX 78015

Liz Garrett
4547 Berry Grove
San Antonio, TX 78259

Lochness Pools
8701 Acre View Dr.
Oklahoma City, OK 73151

Logan Sparrow
12726 Osage Mesa
San Antonio, TX 78216

LoneStar Fiberglass Pools of DFW LLC
630 S. CENTRAL EXPRESSWAY
Richardson, TX 75080

Lonestar Pool & Spa Design
510 East Loop 281 Suite 253
Longview, TX 75606

Lorin Kokesh
312 Misty Sails
Cibolo, TX 78108

Louise Jimenez
31441 Panther Dr.
Bulverde, TX 78163

Lucia Munoz
1077 Sixtree Dr
New Braunfels, TX 78130

Luis Flores
7175 Crow Road
San Antonio, TX 78263

Luis Lumbreras
3052 Coral Sky
Seguin, TX 78155

Luis Ortega
127 Lake Leaf Drive
Bastrop, TX 78602

Luis Rivera
137 Alba Avenue  San
Marcos, TX 78666

Luke & Mallory Sesler
6649 Bowie Cove
Schertz, TX 78108

Lynda Morgan
641 Rhodes Lane
Wimberly, TX 78676

Lynn & Dean Kjar
13015 Stags Leap
San Antonio, TX 78253

Malinda Pike
220 West Street
Comfort, TX 78013

Mandi & Josh Cantrell
2224 Meadow Way Street
New Braunfels, TX 78132


Manley Wilson
505 Homestead Rd.
Kyle, TX 78640


Manuel & Cindy Lopez
6946 Fort Bend
San Antonio, TX 78223


Manuel & Irma Rangel
9617 Huntress Lane
San Antonio, TX 78255


Manuel & Jhana Lopez
378 Bidle Trail
New Braunfels, TX 78132


Manuel Rodriguez
975 York Creek
New Braunfels, TX 78130


MArc & Heidi Stone
5624 Meadow View
New Braunfels, TX 78132


Marcus Finley
178 County Road 324
Adkins, TX 78101


Margot or Jeffrey Berry
2932 Highland Breeze
Bulverde, TX 78163


Maria Urias
810 Porter Street
New Braunfels, TX 78130


Maribi Salazar & Richard McClinton
8705 Poppy Hill
Fair Oaks Ranch, TX 78015

Mario Valero
3523 Whisper Branch
Schertz, TX 78108


Marisa & Bret Settle
2255 Granada Hills
New Braunfels, TX 78132


Maritz Global Events Inc
5757 Collections Center Dr.
Chicago,, IL 60693


Maritz Global Events Inc.
Attn: VP, Jill J. Blood
1375 North Hwy Dr
Fenton, MO 63099


Mark & Mindy Wing
921 Rosemary Dr.
New Braunfels, TX 78130


Mark & Rebecca Sanchez
15350 Fort Mercy
San Antonio, TX 78245


Mark Draper
2439 Fannin Dr.
New Braunfels, TX 78130


Mark House
1178 Lone Oak Rd
New Braunfels, TX 78132


Mark Rochford
347 Stolte Acres
Marion, TX 78124


Markus Heitkoetter
1012 Windwill
Dripping Springs, TX 78620


Martin & Diana Gonzales
277 Falconwood Drive
San Marcos, TX 78666

Martin & Esmeralda Ramos
1224 West French Place
San Antonio, TX 78201


Martinez Construction
2135 Black Gap Dr
San Antonio,, TX 78245


Marvin & Martee Hawkins
600 Burnett Ranch Road
Wimberly, TX 78676


Mary Ann Overby
185 Trails End
Driftwood, TX 78619


Matt & Ann Turner
2103 Meadow Way St.
New Braunfels, TX 78132


Matt & Debbie Beck
876 Country Lane
Cibolo, TX 78108


Matt & Joyce Winard
7974 Cactus Plum
San Antonio, TX 78254


Matthew Engbrock
6516 FM 466
Seguin, TX 78155


Maui Pools
727 N. Marland Blvd.
Hobbs, NM 88240


Max Johnson
133 Medora Branch Drive
Floresville, TX 78114


Mayra Sauceda
15 Oak Post
New Braunfels, TX 78132

McCoy Corporation
PO Box 1362
San Marcos,, TX 78667


Megan & derek Luchak
1243 River Acres Drive
New Braunfels, TX 78130


Meghan Murphy
328 Rhapsody Rdg Spring
Branch, TX 78070


Melaney Canada
824 Armadillo Drive
Seguin, TX 78155


Melinda & Jesus Chavarria
522 Powder Ridge
Luling, TX 78648


Melissa & Nelson Hackmaster
4032 Fire Candle
Spring Branch, TX 78070


Meramec Hardscapes & Concrete
32 Progress Parkway
St Louis, MO 63043


Metheus Miller
7042 Hallie Heights
Schertz, TX 78154


Michael & Angie Dimick
909 Pasture Rose
New Braunfels, TX 78130


Michael & Brenda Johnson
129 Legacy View
Lavernia, TX 78121


Michael & Carissa Carrizales
316 Stars & Stripes
Fischer, TX 78623

Michael & Holly Putnam
100 Pine Path
Bastrop, TX 78602

Michael & Janice Schultze
141 Lifegate Ln.
Seguin, TX 78155

Michael & Leslye Campbell
17926 Cantera Court
San Antonio, TX 78255

Michael & Maria Youngs
2015 Rowan Way
New Braunfels, TX 78130

Michael Estrada
7207 Balcon Island
San Antonio, TX 78250

Michael Fleck
21875 Scenic Loop
San Antonio, TX 78255

Michael Gonzales
160 East Tree Farm Drive
Lytle, TX 78052

Michael Heaps
1969 Zinfadel
New Braunfels, TX 78132

Michael LaBarge
326 Eglington Way
Cibolo, TX 78108

Michael Roberts
6756 Concho Creek
Schertz, TX 78108

Michael Sacky
1269 HollyBrooke
Inez, TX 77968

Michael Smith
5727 Dhaka Vw
San Antonio, TX 78250

Micheal DeRose
227 PR 1749
Mico, TX 78056

Michele Baird
153 Greta Street
New Braunfels, TX 78130

MIchelle Gonzales & Irene Rodriguez
1743 W. Huisache
San Antonio, TX 78201

Miguel Castelan
16604 Highnoon Del
Valle, TX 78617

Miguel Juarez
153 Abrego Lake
Floresville, TX 78114

Miguel Reyes
355 W. Danieldale Road
Dallas, TX 75232

Mike & Angela Battaglia
21 Brookmeadow Drive
Wimberly, TX 78676

Mike & Michelle Hilliker
116 Crescent Ridge
Adkins, TX 78101

Mike & Sheri Kinslow
9091 Garden Ridge
Garden Ridge, TX 78266

Mike Cifelli
31050 Elisa Ann
Bulverde, TX 78163

Mike DeFranco
131 W. Oak Loop Cedar
Cedar, TX 78612


Mike Grady
5707 Oolooteka Dr.
San Antonio, TX 78218


Mike Harris
106 Donald Ross
New Braunfels, TX 78130


Mike K Hoffmann
4708 fm 775
Lavernia, TX 78121


Mike Lively
2900 Dauer Ranch Rd
New Braunfels, TX 78130


Mike or Julie Loniello
3033 Saddlehorn Dr.
Seguin, TX 78155


Mike Strauss
2985 Palamino Pass
Seguin, TX 78155


Mikel Jaynes
1144 FM 474
Boerne, TX 78006


Misty Elizondo
912 Turning Stone
Cibolo, TX 78108


Mitch Stephen
1135 Allen View
New Braunfels, TX 78132


Mitchel Aranda
1214 Reawick Dr
San Antonio, TX 78253

Mitchell Roberts
553 Roadrunner Ave
New Braunfels, TX 78130


Moises & Sonia Espinoza
13910 Greenwood Rd
Atascosa, TX 78002


Monet Villacorte
13917 Westbury Falls
San Antonio, TX 78253


Moore Supply Co
2061 Clovis Barker Rd
Bldg #3
San Marcos,, TX 78666


Mr Daniel Velasquez
625 Oleander Crk
Seguin, TX 78155


Mr Gary Godby
218 Cibolo Way
Lavernia, TX 78121


Mr. Alex Pitsiaeli
2475 Feather Lane
New Braunfels, TX 78130


Mr. Charlie Davis
248 Eagle Ridge Dr.
Centerpoint, TX 78010


Mr. Eric Nix
7075 Laura Heights
Schertz, TX 78054


Mr. James Tschoepe
104 Thomas Frost
Blanco, TX 78606


Mr. Jimmy Jennings
2159 Silo Ridge
Seguin, TX 78155

Mr. John Price
120 Stone Forest
Fredricksburg, TX 78624


Mrs Jackie Padilla
228 Lilly Bluff
Castroville, TX 78009


Mrs. Kaitlin Kirk
10102 Cowboy Lane
San Antonio, TX 78254


Mrs. Lisa Gomez
181 Falling Hills
New Braunfels, TX 78132


Nachman Construction
2106 Gallows Rd
Vienna, VA 22182


Nancy & Oz Maldanado
5665 Cross Over Road
New Braunfels, TX 78132


Nancy Olivarez
18602 Creekside Pass
San Antonio, TX 78259


Natalie Breeze
140 Pomegranate Cove
Kyle, TX 78640


Nathan & Charlotte White
402 Zoeller Way
Cibolo, TX 78108


NBU Service Center
Attn: Bankruptcy
355 FM 306
New Braunfels, TX 78130


Neil & Zoe Jones
557 Thousand Oaks Dr.
Cedar Creek, TX 78612

New Braunfels Herald Zeitung
PO Box 311328
New Braunfels,, TX 78131


New Braunfels Utilities
Attn: CEO, President, Officer
263 Main Plaza
New Braunfels, TX 78130


Nicholas & Caitlan Moncus
103 Owen Shaw
Blanco, TX 78606


Nickel Rock, LLC
PO Box 2239
San Marcos, TX 78666


Nicole Stoffel
103 Tori Drive
Buda, TX 78610


Nikki & Noman Markos
130 Deer Haven Roa
Kerrville, TX 78028


Noel & Theresa Fernandez
1050 W. Gates Valley Road
Poteet, TX 78065


Norma Elizondo
8510 FM 1560
San Antonio, TX 78254


O'Reily Auto Parts
PO Box 9464
Springfield,, MO 65801


Oehlke CPA PLLC
550 Brackenridge Ln
Seguin,, TX 78155


Openwater Pools
501 East 4th
Georgetown, TX 78626

Orlando Valadez
11902 Chipper Landing
San Antonio, TX 78221


Orvil & Connie Anthony
884 Copper Rim
Spring Branch, TX 78070


Oscar & Malinda Hairell
2863 Scull Road
Martindale, TX 78655


Otto Hierholzer
1710 4th St.
Floresville, TX 78114


Pal Lighting, LLC
11816 Inwood Rd
Dallas, TX 75244


Palo Duro Poolscapes
3101 Hobbs Rd Suite 111
Amarillo, TX 79109


Pam & Blake Wade
225 Lasso Falls
Boerne, TX 78006


Pam Anderson
2800 Valenta
LaGrange, TX 78945


Parks Coffee
PO Box 110209
Carrolton,, TX 75011


Parkway Systems
5400 IH 35 North
San Antonio,, TX 78218


Pat & John Heinecke
106 River Bend Lane
Kingsland, TX 78639

Patrick & Valerie Griffin
137 County Road 160
Kennedy, TX 78119


Paul & Elizabeth Vargas
4205 Gale Meadows
New Braunfels, TX 78130


Paul & Marilyn Rummel
102 Malberry Lane
Boerne, TX 78006


Paula & Russel Sames
113 Allegheny Court
San Marcos, TX 78666


Pedro & Jennifer Garza
15807 Fox Lane
Selma, TX 78154


Pete & Vanessa Lopez
571 Waterleaf Blvd.
Kyle, TX 78640


Peter & Cheryl Mills
125 West Field Ranch
Lavernia, TX 78121


Philippe Mossiat
10203 Divide Mount
San Antonio, TX 78223


Pool & Pipe LLC
3201 Clary Ave
Fort Worth, TX 76111


Pool & Spa Divers
4105 N Belt Line Rd
Irving, TX 75038


Pools & Beyond
206 Belles Mill Rd
Shepherdsville, KY 40165

Poseidon Pools & Spas
1751 US HWY 59N
Goliad, TX 77963


Prentice-Hall Corp System, Inc.
c/o DLL Financial Services, Inc.
251 Little Falls Dr
Wilmington, DE 19808


Pricilla & Trent Russell
2754 Montebello
San Antonio, TX 78259


Progressive Commercial Services
Dept 0561
Carol Stream,, IL 60132


Progressive County Mutual Insurane
280 N High #300
Columbus, OH 43215


Pure Party Inc LLC
1092 S Laredo St #5
San Antonio,, TX 78207


Quigley Builders
7420 Golden Pond
Amarillo, TX 79121


R.S. Hughes
9601 Dessau Rd, Ste 201
Austin,, TX 78754


R.S. Hughes Inc.
Attn: CEO, President, Officer
1162 Sonora Ct
Sunnyvale, CA 94086-5308


Randall & Jennifer Neudek
229 Blue Moon Gait
Selma, TX 78154


Randy Seiber
213 Arroyo Way
Canyon Lake, TX 78133

Randy Silber
277 Middle Green Loop
Floresville, TX 78114


Raquel Perfecto
1283 Private Rd. 2771
Castroville, TX 78056


Raunel Jaimes
7150 N IH 35
New Braunfels, TX 78130


Ray & Merideth Chacon
4538 Fernhill
San Antonio, TX 78259


Ray & Natasha Rabideau
608 Candace Court
Seguin, TX 78155


Ray Logan
144 Vista Sierra
Driftwood, TX 78619


Raymond & Julie Price
22192 Quiet Moon Drive
Garden Ridge, TX 78266


Raymond Passmore
1063 Fairway Drive
Spring Branch, TX 78070


Rebecca Moore
120 Cermeno Cove
Kyle, TX 78640


ResTex Composites Ltd
6050 Tri County Parkway
Schertz,, TX 78154


Richard & Bobbie White
112 Haycraft
Marion, TX 78124

Richard & Cynthia Janysek
6489 FM 627
Gillett, TX 78116


Richard & Danielle Groff
328 Cylamen
New Braunfels, TX 78130


Richard & Susan Ludwig
132 Parkridge Circle
Seguin, TX 78155


Richard & Texanna Harris
1519 Golden Wing
San Antonio, TX 78260


Richard G Dafoe
1717 Main #2500
Dallas, TX 75205


Richard Huggler
65 San Saba
Boerne, TX 78006


Richard Mendoza
10607 Jasmine Bluff
San Antonio, TX 78245


Rick & Debbie Jellison
9107 Cinnabar Court
Garden Ridge, TX 78266


Rick & Liz Hille
370 Forest Trail
New Braunfels, TX 78132


Rick & Sunny Collett
19906 Lloyds Park
Garden Ridge, TX 78266


Rick & Valerie Smith
1239 Long Gate
New Braunfels, TX 78130

Rick Perkis / Ronald Davies
3810 Wendy Oaks Dr.
Temple, TX 76502


Rick Pfieffer
107 Scottie Dr.
Boerne, TX 78006


Rick Sarem
106 Oak Creek Dr.
Lavernia, TX 78121


Ricky Franklin
624 Crossman
Fischer, TX 78623


Rita Ramirez
304 Ambrosio
Marion, TX 78124


Rob & Heidi Coke
6703 Dragway Farm
San Antonio, TX 78239


Rob & Karen Anderson
18215 Settlement Way
San Antonio, TX 78258


Rob Jakob
13726 Cape Bluff
San Antonio, TX 78216


Robert & Belinda Vasquez
244 Country Drive
New Braunfels, TX 78132


Robert & Brandi Hale
833 Ussery Rd.
Luling, TX 78648


Robert & Christine Brown
1723 Mountain Spring
Canyon Lake, TX 78133

Robert & Debbie Willhite
8734 Phoenix Ave.
Universal City, TX 78148

Robert & Veronica Valdez
5711 Misty Glen
San Antonio, TX 78247

Robert Ayala
13804 Biltmore Lakes
Live Oak Springs, TX 78233

Robert Bowen
1812 Wayside Dr
Seguin, TX 78155

Robert Martinez / Cecilia Rodriguez
4711 Cobble Hill
San Antonio, TX 78217

Robert Mickey Ortega
15806 Blue Sky Rd.
Selma, TX 78154

Robert Simonton
7915 Monte Seco
San Antonio, TX 78240

Robin & Kenneth Kronk
15900 Old St Hedwig St
Hedwig, TX 78152

Robyn Steffen
976 Guenther Lane
Seguin, TX 78155

Roderick & Rachel Batiste
301 Hazeltine Way
Cibolo, TX 78108

Roger & Sondra Parson
5030 Bonnie Crest
San Antonio, TX 78263

Roger Amore
1234 Mallard Corner
New Braunfels, TX 78130

Ron Finnerty
3922 Luz Del Faro
San Antonio, TX 78261

Ron Thompson
316 Valley Dr.
Wimberly, TX 78676

Ronnie Morrow
126 River Park Drive
New Braunfels, TX 78130

Roxane Rakowitz
4466 FM 427
Floresville, TX 78114

Roy & Jessica Tristan
4571 Windmill Prairie
Seguin, TX 78155

Roy & Linda Wells
5313 Alanton Lan
San Antonio, TX 78263

Ruben Alaniz
15512 Glenn Lane
Selma, TX 78154

Russ & Lori Hataway
285 Caraway
Kyle, TX 78640

Russell Blankman
258 Baretta Loop
Buda, TX 78610

Russell Hays
1206 Wooded Knoll
San Antonio, TX 78258

Ryan & Katie Pollok
773 County Road 335
Stockdale, TX 78160


Ryan Exavating Concrete & Pools
4908 Hwwy 319
Aywor, SC 29511


Salesforce Inc
2975 Regent Blvd
Irving,, TX 75063


Salvador & Amanda Solis
16489 FM 472
Bigfoot, TX 78005


Sandra Sparks
2228 Meadow Way Street
New Braunfels, TX 78132


Sandra Yanta
226 E. Crews St.
Karnes City, TX 78118


Scott & Sonja McClelland
814 John Price
Blanco, TX 78606


Scott & Teena Taylor
1927 Havenwood Blvd
New Braunfels, TX 78132


Scott Collins
2415 Welsch Lane
New Braunfels, TX 78132


SCP Distributors, LLC
PO Box 54200
New Orleans,, LA 70154-4200


Shane Cheatham
4014 FM 1784
Pleasanton, TX 78064

Shane Crank
1505 Coffee Ave
Harrisburg, IL 62947

Shannon Rucker
1053 E. College St.
Seguin, TX 78155

Sharlene & Darnell Wright
216 Kildare
Cibolo, TX 78108

SHARON DORING
109 Owl Hollow Rd  San
Marcos, TX 78666

Sharon Teich
23711 Parkloop Rd.
New Braunfels, TX 78130

Shawn & Christina Conerty
203 River Bluff Dr.
Boerne, TX 78006

Shawn Smith
939 Blue Violet
New Braunfels, TX 78130

Shelena & Jerald Wells
12432 Ware Seguin Rd.
Schertz, TX 78154

Sherwin Williams
320 FM 306
New Braunfels,, TX 78130-9999

Sheryl Honeycutt
724 Creset Circle Dr. San
Marcos, TX 78666

Shirley Gilbreath
5522 Castle Glade
San Antonio, TX 78218

Simmons Bank
501 S Main St
Pine Bluff, AR 71601


Simply Pools
1015 Mill Creek Rd #9
Salado, TX 76643


Solid Rock Landscapes
20223 Cougar Trail
Midland, TX 76935


SolvChem, Inc.
Department 447 PO Box 4652
Houston,, TX 77210-4652


Source Environmental Sciences, Inc.
1800 West Loop South, Ste 1025
Houston,, TX 77027


South TX Construction & Consulting
8400 S. County Road 1264
Midland,, TX 79706


Spectrum
PO Box 223085
Pittsburgh,, PA 15251


Spectrum
Attn: SMB Bankruptcy
1600 Dublin Rd
Columbus, OH 43215


Spectrum Enterprise
Attn: CEO, President, Officer
400 Washington Blvd 13th Flr
Stamford, CT 06902


State Comptroller
PO Box 149359
Austin,, TX 78714


Statewide Pools
5465 South First St.
Abilene, TX 79605

Stephan & Concetta Smith
5850 Hopper Court
New Braunfels, TX 78132

Stephanie & Sean Ashford
12625 Twisted Root Dr
Manchaca, TX 78652

Stephanie Barrientos
274 Cibolo Way
Lavernia, TX 78121

Stephen & Karen Cote
15206 Winged Foot
Selma, TX 78154

Steve Van Booven
555 Kimbrough Rd
Seguin, TX 78155

Steven & Betty Mills
915 Wilderness Oaks
New Braunfels, TX 78132

Steven & Bianca Johnson
12138 Matador Ranch
San Antonio, TX 78254

Steven Simon
105 Krieg Street
Boerne, TX 78006

Stix Transport LLC
29120 State Hwy 46 W
Spring Branch,, TX 78070

Sunbelt Mill Supply
7715 Grissom Rd
San Antonio,, TX 78251

Sunbelt Rentals
PO Box 409211
Atlanta,, GA 30384-9211

Superior Disposal
PO Box 2120
San Marcos,, TX 78130

Superior Fleet Solutions
4710 S Interstate 35
New Braunfels,, TX 78132

Susie Castilleja
527 Leather Stocking
San Antonio, TX 78260

Suzi Wiley
5684 Cross Over Road
New Braunfels, TX 78132

Sylvia & Sam Sirianni
154 Belwood Drive
Buda, TX 78610

Tamara Britton
165 Cats Eye Cove
Live Oak Springs, TX 78620

Tami Weiland
262 Cr. 326
Adkins, TX 78101

Tana Grothues
2543 Angel Rodt
New Braunfels, TX 78132

Tara Barnhill
3235 Lilly Flower
San Antonio, TX 78253

Tawrin & Da'Lacie McGrew
212 Majestic Sage Trail
San Marcos, TX 78666

Terra Firma
901 Main Street
Dallas,, TX 75202-3707

Terrie Skinner
9622 Discovery Dr.
Converse, TX 78109


Terry & Cathy Williams
2423 George Pass
Canyon Lake, TX 78133


Texas Commission on Environmental Qualit
PO Box 13089
Austin,, TX 78711-3089


Texas Concrete Overlay Solutions
1504 Sunflower Lane
San Marcos,, TX 78666


Texas Mutual
PO Box 12058
Austin,, TX 78711-2058


Texas Pool Co.
202 Drum Dr.
Rockport, TX 78385


Texas Pool Supply
PO Box 841382
Dallas,, TX 75284-1382


Texas Pool Supply
4117 Commercial Center Dr Ste 100
Austin, TX 78744


The Citizens Bank
655 S St Louis St.
Batesville, AR 72501


The Citizens Bank
Attn: CEO, President, Officer
One Citizens Plaza
Providence, RI 02903


The Corporation Trust Company
c/o Ally Financial, Inc.
1209 Orange St
Wilmington, DE 19801

Thomas & Heather Morgan (2)
2426 Warncke Road
Lavernia, TX 78121


Thomas Browne
2290 Sun Chase
New Braunfels, TX 78130


Thor Augustus
13314 Toppling Lane
Live Oak Springs, TX 78233


Tiffany & Eamonn Gibson
137 Whitworth Lane
Bastrop, TX 78602


Tiffany Fryer
2844 CR 337
Lavernia, TX 78121


Tilson Dyer
217 Cibolo Way
Lavernia, TX 78121


Tim & Donna Kellum
161 Turnberry Dr
Lavernia, TX 78121


Tim & Ellen Abel
221 Wood Valley Drive
Adkins, TX 78101


Tim & Leilani Writer
12900 Mission Rover Drive
Manchaca, TX 78652


Tim Muzzin
24422 Galo Cyn
San Antonio, TX 78260


Tim Rosenberg
606 Volme
New Braunfels, TX 78130

TLC
PO Box 2565
Eldorado, AR 88260


Todd & Amanda Striplin
12316 Erstein Valley
Schertz, TX 78108


Todd Smith
235 Limestone Creek
New Braunfels, TX 78130


Tom & Nora Garner
1101 Cody Lane
Marion, TX 78124


Tom & Pam Hlady
5915 Seneca Dr
Leon Valley, TX 78238


Tony & Letha Duff
6808 Laura Heights
Schertz, TX 78154


Top of Texas
612 W Francis Ave
Pampa, TX 79065


Tracey Ott
445 Pr 1524
Bandera, TX 78003


Tracy Christoff-Colllins
1877 Shepherd Path
New Braunfels, TX 78130


Tracy Gaulding
835 Rio Azul Dr
Pipe Creek, TX 78063


Tracy Knapik
3501 Rocky Creek Rd.
LaGrange, TX 78945

Travis & Jane Davis
614 South Pecan
Luling, TX 78648


Travis & Karen Viator
16114 East Lupon Road  St.
Hedwig, TX 78152


Trey & Leah Tull
235 Horizon Blvd
Kerrville, TX 78028


Triad LLC
310 Stolte Rd
New Braunfels,, TX 78130


Triangle Pools
476 Shotwell Rd #102-122
Clayton, NC 27520


Trini & Josie Aboytes
7401 Sidbury Cricle
San Antonio, TX 78251


Trisha & Brian Day
169 Kaylee Chase
Cibolo, TX 78108


Troy & Melissa DePalermo
802 Bismark Street
Seguin, TX 78155


Trudy Herrera
4250 Sandy Elm Rd.
Lavernia, TX 78121


Two Rivers Propane
8121 Old Bastrop Rd
New Braunfels,, TX 78130


TX Electric
336 Lillianite
New Braunfels,, TX 78130

Tyena Williams
182 Shannon Ridge Dr.
Floresville, TX 78114


Tyler & Naomi Mathews
14103 Touch Gold
San Antonio, TX 78248


Ultimate Poolscapes of TX LLC
512 N Dr  Hewitt,
Hewitt, TX 76643


Unified Global Solutions
17218 Preston Rd Ste 4400
Dallas,, TX 75252


Unique Builders
PO Box 2565
Hobbs, NM 88260


United Rentals & Pac Van
PO Box 840514
Dallas,, TX 75284-0514


Veronica Alvarado
9702 SELBOURNE LANE
San Antonio, TX 78251


Veronica Garcia
301 Biscayne Bay Bend
Kyle, TX 78640


Veronica Morales
851 Faircrest Dr
Buda, TX 78610


Veronica Vasquez
1367 Oaklawn
New Braunfels, TX 78133


Vicki Elkins
1231 Suntrail
New Braunfels, TX 78130

Vicky Humphries
222 Champions Blvd
Lavernia, TX 78121


Victor & Juanita Garcia
1881 Shepherd Path
New Braunfels, TX 78130


Victoria & Andy Rodriguez
918 Merrit Drive
Lockhart, TX 78644


Vincent & Cindy Bellino
277 Saddle Lane
Floresville, TX 78114


Vladimir Paez & Maiyelys Rubio
153 Northridge
New Braunfels, TX 78132


VR & Susan Matta
1201 Kiser Lane
Marion, TX 78124


W-3 Construction LLC
1600 Appling Road
Kingsbury, TX 78638


Warren & Brenda Dickens
212 Fischer Dr.
Boerne, TX 78006


Wells Fargo
Attn: CEO, President, Officer
420 Montgomery St
San Francisco, CA 94104-1298


Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC x2303-01a 3rd Flr
Des Moines, IA 50328-0001


Wells Fargo Bank NA
PO Box 6426
Carol Stream,, IL 60197-6426

Wells Fargo Bank NA
c/o Thomas M Sellers
1717 Main St 25th Flr
Dallas, TX 75201

Wells Fargo Bank, NA
Wells Fargo Card Services
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

Whitney & Freddie Cole
4964 Prairie Summit
Seguin, TX 78155

Will & Stephanie Sieckenius
4379 CR 301
Knippa, TX 78870

William Bennett
509 Sassman Rd
Marion, TX 78124

William C. Little
301 Main Plaza Ste 372
New Braunfels, TX 78130

William Mccorkle Jan Harper
109 Gregorio Garcia
Blanco, TX 78606

William Vasbinder
7191 Schultz Rd.
Elmendorf, TX 78112

Willscot Mobile Mini
PO Box 91975
Chicago,, IL 60693-1975

Xworkx
11614 Bee Cave Rd. Ste 260
Austin,, TX 78738

Yolanda Feldstein
25667 Green River Road
San Antonio, TX 78260

Yusimil Rojas
11827 Silver Coins
San Antonio, TX 78254


Zac Beck
435 Crest Circle Dr. San
Marcos, TX 78666